| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**      **Playhut, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)      **95-4373438**

**4. Debtor's address**

**Principal place of business**

**18560 San Jose Avenue**
**City of Industry, CA 91748-1365**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)      **www.playhut.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Playhut, Inc.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4232__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Playhut, Inc.** _____  Case number (*if known*) _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor    **Playhut, Inc.**                                              Case number (*if known*)
          Name

■ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

X _____          **Yu Zheng**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor                    MM / DD / YYYY

**Robert P. Goe 137019**
Printed name

**GOE & FORSYTHE, LLP**
Firm name

**18101 Von Karman Avenue**
**Suite 1200**
**Irvine, CA 92612-7127**
Number, Street, City, State & ZIP Code

Contact phone **(949) 798-2460**    Email address **rgoe@goeforlaw.com**

**137019 CA**
Bar number and State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Playhut, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 1 West Capital, LLC<br>1250 East Hallandale Beach Blvd.<br>Suite 409<br>Hallandale, FL 33009 | | ACH Merchant Agreement | Contingent Unliquidated Disputed | | | $723,208.00 |
| CHANGZHOUKANG YUAN PLASTIC CO.L<br>Xinqiao Town,<br>Xinbei District<br>Changzhou, Jiangsu<br>Jiangsu, China | | Vendor | | | | $599,589.80 |
| Disney Consumer Prod. Latin AM<br>Two Alhambra Plaza<br>9th Floor<br>Miami, FL 33134 | | Vendor | Contingent Unliquidated Disputed | | | $926,942.20 |
| EAST GRACE CORPORATION<br>395 Zhongshan Road<br>Wuxi, Jiangsu<br>China | | Vendor | | | | $219,230.50 |
| East-West Associates, Inc.<br>14821 Northam Street<br>La Mirada, CA 90638 | | Vendor (lawsuit pending) | | | | $204,135.32 |
| EBF Partners, LLC dba Everest Business Funding<br>5 West 37th Street<br>2nd Floor<br>New York, NY 10018-5385 | | ACH Merchant Agreement | Contingent Unliquidated Disputed | | | $241,680.00 |

Debtor **Playhut, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EBF Partners, LLC dba Everest Business Funding**<br>5 West 37th Street<br>2nd Floor<br>New York, NY 10018-5385 | | **ACH Merchant Agreement** | **Contingent Unliquidated Disputed** | | | $367,080.00 |
| **HANGZHOU CHINA TEXTILE IMP&EXP**<br>6 F, A Building Kaixuanmen Business Centre, No 11, Qingchun Rd Hangzhou City, China | | **Judgment entered 4/20/2018 Hangzhou China Textile Imp & Exp vs. Playhut, Inc. U.S.D.C. Case No. 2:17-cv-00157-PSG-GJS** | **Contingent Unliquidated Disputed** | | | $2,200,000.00 |
| **HANGZHOU TAIYUAN OUTDOOR**<br>Building 3 No. 2 Fengcheng Rd Ping Town Yuhang District Hangzhou China | | **Vendor** | | | | $990,564.49 |
| **NINGBO DEMEI HOME TEXTILE CO. LTD**<br>No. 368 Yinxian Avenue Yinzhou District Ningbo, Zhejiang, China | | **Vendor** | | | | $392,283.71 |
| **OOCL**<br>111 West Ocean Blvd<br>Suite 1700<br>Long Beach, CA 90802 | | **Vendor** | **Contingent Unliquidated Disputed** | | | $419,554.53 |
| **Viacom International, Inc.**<br>PO Box 13732<br>Newark, NJ 07188 | | **Vendor** | | | | $143,736.68 |
| **WELFULL GROUP CO., LTD.**<br>11F, Jinjiang Manion No. 111 Hushu South Road Hangzhou, China | | **Vendor** | | | | $213,469.68 |
| **WUXI TIANAO HOME TEXTILE CO.,**<br>No. 10 Xinyuan Road, Qianzhou Town Inustrial Park Wuxi, Jiangsu, China | | **Vendor** | | | | $727,815.76 |

Debtor **Playhut, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **YANCHENG CHANGHUA OUTDOOR PRODUCTS** No. 8 Longde Road Dazonghu Town, Yandu District Yancheng, Jiangsu, China | | **Vendor** | | | | $421,655.56 |
| **YANCHENG CHANGHUA TRADING CO.** No. 8 Longde RD Dazonghu Town Yancheng, Jiangsu, China | | **Vendor** | | | | $2,576,725.96 |
| **YANGZHOU ZHENGHE FOREIGN TRADE** No. 4, Jiazhuang Lane, Ximen Yangzhou, Jiangsu, China | | **Vendor** | | | | $969,501.90 |
| **YANGZHOU ZHONGYU IMP.&EXP.COR** No 20, Yuqi Street, Yangzhou Jiangsu, China | | **Vendor** | | | | $649,706.44 |
| **Yellowstone Capital West, LLC** 30 Broad Street 14th Floor, Suite 1462 New York, NY 10004 | | **ACH Merchant Agreement** | **Contingent Unliquidated Disputed** | | | $499,500.00 |
| **ZHEJIANG YOUYIJIA INDUSTRY & TRADE** Yunfeng Maotian Industrial Area Suichang County Zhejiang Province, China | | **Vendor** | | | | $445,842.60 |

Playhut, Inc.
18560 San Jose Avenue
City of Industry, CA 91748-1365


Robert P. Goe
GOE & FORSYTHE, LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


1 West Capital, LLC
1250 East Hallandale Beach Blvd.
Suite 409
Hallandale, FL 33009


Beyer Law Group, LLC
PO Box 1687
Cupertino, CA 95015-1687


Beyer Law Group, LLC
20450 Stevens Creek Blvd.
Suite 200
Cupertino, CA 95014


Buyers Support Group, Inc.
10025 Valley View Road
Suite 150
Eden Prairie, MN 55344


CHANGZHOUKANGYUAN PLASTIC CO.L
Xinqiao Town, Xinbei District
Changzhou, Jiangsu
Jiangsu, China


CHINA-BASE NINGBO FOREIGN TRADE
No 666 Tian Tong South Road
Yinzhou District,  China

```
Citi Capital
35-12 19th Avenue 3-West
Astoria, NY 11105-1001


DELL BUSINESS CREDIT
Payment Processing Center
PO BOX 5275
Carol Stream, IL 60197-5275


Dillman Sales, Inc.
1911 SW Campus Drive
Suite 778
Federal Way, WA 98023


Disney Consumer Prod. Latin AM
Two Alhambra Plaza
9th Floor
Miami, FL 33134


Dreamworks Animation, LLC
1000 Flower Street
Glendale, CA 91201


EAST GRACE CORPORATION
395 Zhongshan Road
Wuxi, Jiangsu    China


East-West Associates, Inc.
14821 Northam Street
La Mirada, CA 90638


EBF Partners, LLC
dba Everest Business Funding
5 West 37th Street
2nd Floor
New York, NY 10018-5385
```

Emard, Danoff et al
Attn Eric Danoff & Talcott N. Bates
49 Stevenson Street
Suite 400
San Francisco, CA 94105


ENTERTAINMENT ONE UK LIMITED
45 Warren Street
London, UK


Faith P. Hill, Esq.
BARRETT PARTNERS GROUP, LLC
2330 Scenic Hwy
Snellville, GA 30078


HANGZHOU CHINA TEXTILE IMP&EXP
6 F, A Building Kaixuanmen
Business Centre, No 11, Qingchun Rd
Hangzhou City, China


Hangzhou China Textile Import & Exp
1601 N Sepulveda Blvd.
Manhattan Beach, CA 90266-6511


HANGZHOU TAIYUAN OUTDOOR
Building 3 No. 2 Fengcheng Rd Ping
Town Yuhang District
Hangzhou   China


Hasbro Entertainment
1027 Newport Ave.
Pawtucket, RI 02862-1059


Heartland Payment Systems, LLC
5215 Sepulveda Blvd
Culver City, CA 90230

Law Offices of Steven P Scandura
1601 N Sepulveda Blvd.
Suite 730
Manhattan Beach, CA 90266


MARKET UNION CO., LTD
8F, No. 1 Building, Hi-Tech
Science and Technology
Square No. 1498, Jiangnan Rd
Ningbo, Zhejiang,  China


Meserve Mumper Hughes, LLP
300 South Grand Avenue
24th floor
Los Angeles, CA 90071-3185


NINGBO DEMEI HOME TEXTILE CO. LTD
No. 368 Yinxian Avenue
Yinzhou District
Ningbo, Zhejiang,  China


OO Sales Inc.
934 St Andrews Circle
Geneva, IL 60134


OO Sales, Inc.
1275 W Roosevelt Rd
West Chicago, IL 60185


OOCL
111 West Ocean Blvd
Suite 1700
Long Beach, CA 90802


Orca Pacific Manufacturers Rep, LLC
1000 Dexter Avenue North
Suite 530
Seattle, WA 98109

Orca Pacific Manufacturers Rep, LLC
500 Yale Avenue North
Seattle, WA 98109


PAC Operating Limited Partners
PO Box 742339
Los Angeles, CA 90074-2339


PAC Operating Ltd Partnership
841 Apollo Street
Suite 350
El Segundo, CA 90245


Patent Category Corp.
382 N. Lemon Avenue
Suite 189
Walnut, CA 91789


Patent Category Corporation
368 South Cheryl Lane
Walnut, CA 91789


Preferred Bank
Alhambra Office
325 East Valley Blvd
Alhambra, CA 91801


Preferred Bank
601 S Figueroa Street
29th Floor
Los Angeles, CA 90017-5734


Sesame Workshop
G.P.O. Box 5587
New York, NY 10087-5587

Sheldon J. Fleming, Esq.
2030 Main Street, Suite 1300
Irvine, CA 92614


Signature Sales
7664 Golden Triangle Drive
Eden Prairie, MN 55344


Thomas Licensing, LLC
Attn: Royalty Accounting
PO Box 911258
Dallas, TX 75391-0867


Universal Studios Licensing
File 50789
Los Angeles, CA 90074-0789


Viacom International, Inc.
PO Box 13732
Newark, NJ 07188


Viacom International, Inc.
c/o MTV Networks
1515 Broadway, 41st Floor
New York, NY 10036-8995


WELFULL GROUP CO., LTD.
11F, Jinjiang Manion
No. 111 Hushu South Road
Hangzhou,  China


WUXI TIANAO HOME TEXTILE CO.,
No. 10 Xinyuan Road, Qianzhou
Town Inustrial Park
Wuxi, Jiangsu,  China

```
YANCHENG CHANGHUA OUTDOOR PRODUCTS
No. 8 Longde Road
Dazonghu Town, Yandu District
Yancheng,  Jiangsu, China


YANCHENG CHANGHUA TRADING CO.
No. 8 Longde RD
Dazonghu Town
Yancheng, Jiangsu,  China


YANGZHOU ZHENGHE FOREIGN TRADE
No. 4, Jiazhuang Lane, Ximen
Yangzhou, Jiangsu,  China


YANGZHOU ZHONGYU IMP.&EXP.COR
No 20, Yuqi Street, Yangzhou
Jiangsu, China


Yellowstone Capital West, LLC
30 Broad Street
14th Floor, Suite 1462
New York, NY 10004


Yu ("Brian") Zheng
19901 Tennessee Trail
Walnut, CA 91789


ZHEJIANG ARTS&CRAFTS IMPORT&EXPORT
12 Zhongshan Bel Road
Hangzhou,  China


ZHEJIANG LONGSHION LEISURE PRODUCT
No. 1 Yangshan Industrial Zone
Xinjian Town Jinyun County
Lishul City,  China
```

```
ZHEJIANG ONETOUCH BUSINESS SERVICE
6th Floor, Building 1
No. 699, Wangshang Rd
Binjiang
Hangzhou,  China


ZHEJIANG WUYI LUHU CRAFT & LEISURE
Huanglong Industrial Area
Zhejiang
Wuyi, China


ZHEJIANG YOUYIJIA INDUSTRY & TRADE
Yunfeng Maotian Industrial Area
Suichang County
Zhejiang Province, China
```