# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re: PLAYHUT, INC., | Debtor | Case No. 2:18-bk- 15972-WB Chapter 11 |
|---|---|---|

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned YU ZHENG, the PRESIDENT ("PRESIDENT") of PLAYHUT, INC. ("PLAYHUT, INC.").  On May 21, 2018, the following resolution was fully adopted by the PLAYHUT, INC..

"WHEREAS, it is in the best interests of PLAYHUT, INC. to file a voluntary petition in the United States Bankruptcy Court pursuant to the Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that YU ZHENG, the PRESIDENT of PLAYHUT, INC. be and is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that YU ZHENG, PRESIDENT be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of PLAYHUT, INC. in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that YU ZHENG, PRESIDENT be and hereby is, authorized and directed to employ Robert P. Goe, and the law firm of Goe & Forsythe, LLP, and James Wong, and Armory Consulting Co., as financial advisor, to represent PLAYHUT, INC. in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ONBEHALF OF A CORPORATION

I, YU ZHENG, PRESIDENT of PLAYHUT, INC. named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and its is true and correct to the best of my knowledge, information, and belief.

Dated: May 21, 2018

By: YU ZHENG
Its: PRESIDENT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe – SBN 137019<br>Stephen P. Reider – SBN 287820<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Ave., Ste. 510<br>Irvine, CA 92612<br>Email: rgoe@goeforlaw.com<br> sreider@goeforlaw.com<br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437 | |

☒ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>PLAYHUT, INC.,<br><br><div align="right">Debtor(s).</div> | CASE NO.: 2:18-bk-15972-WB<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br><div align="right">Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br><div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Yu Zheng _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☒   I am the president or other officer or an authorized agent of the Debtor corporation

☐   I am a party to an adversary proceeding

☐   I am a party to a contested matter

☐   I am the attorney for the Debtor corporation

2.a.   ☐   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____    _____

_____    _____

_____    _____

[For additional names, attach an addendum to this form.]

b.   ☒   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  05/23/2018_____          By: _____
                                          Signature of Debtor, or attorney for Debtor

                                         Name: Yu Zheng_____
                                          Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

# United States Bankruptcy Court
## Central District of California

In re    **Playhut, Inc.**

                                    Debtor(s)

Case No.    **2:18-bk-15972-WB**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Yu ("Brian") Zheng**<br>**19901 Tennessee Trail**<br>**Walnut, CA 91789** | | | **100% sole shareholder, officer & director** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 28, 2018**

Signature    **/s/ Yu Zheng**
             **Yu Zheng**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:      **June 28, 2018**

**/s/ Yu Zheng**
**Yu Zheng**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Playhut, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:18-bk-15972-WB**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................    $                **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................    $       **4,037,616.25**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................    $       **4,037,616.25**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **6,152,613.59**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $          **12,607.81**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **14,860,728.41**

4.    Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b    $     **21,025,949.81**

**Fill in this information to identify the case:**

Debtor name      **Playhut, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:18-bk-15972-WB**

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                     Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of account
number

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Preferred Bank to secure Disney Letter of Credit** | Checking Account | | **$509,000.00** |
| 3.2. | **Preferred Bank** | Checking Account | 1096 | **$19,951.00** |
| 3.3. | **Chase Bank** | Checking Account | 0121 | **$5,237.66** |
| 3.4. | **Bank of America** | Checking Account | 7830 | **$10,501.75** |
| 3.5. | **Preferred Bank** | Checking Account | 1843 | **$228,204.13** |
| 3.6. | **Preferred Bank** | Checking Account | 0502 | **$3,101.55** |
| 3.7. | **Preferred Bank** | Checking Account | 5728 | **$70,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Playhut, Inc.** | Case number *(If known)* **2:18-bk-15972-WB** |
| --- | --- | --- |
| | Name | |

| 3.8. | **Preferred Bank** | **Checking Account** | **6245** | **$100,000.00** |
| --- | --- | --- | --- | --- |
| 3.9. | **Preferred Bank** | **Checking Account** | **5075** | **$339,536.08** |
| 3.10. | **ICBC - Industrial Commercial Bank of China (USA) NA** | **Checking Account** | **5801** | **$8,227.68** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                            **$1,293,759.85**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.  **Insurance ($37,791); Expenses ($221,105); State Income Tax ($2,400); Royalty ($7,704); Deposits ($117,461)**                                                                  **$386,461.00**

9.  **Total of Part 2.**                                                                            **$386,461.00**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:        **2,409,817.00**        -        **903,212.60**        = ....        **$1,506,604.40**
                                                face amount                      doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                           **$1,506,604.40**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Playhut, Inc.** | | Case number *(If known)* **2:18-bk-15972-WB** |
|---|---|---|---|
| | Name | | |

---

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** **Inventory** | | $850,791.00 | Recent cost | $850,791.00 |
| **22.** **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $850,791.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

---

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Playhut, Inc.** | Case number *(If known)* | **2:18-bk-15972-WB** |
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**(2) Toshiba E-studio 5560ct**
**Toshiba E-studio 25555c** ............................................. $0.00 ............................................. Unknown

**1-Konica Minolta Accurio C2020L copier** ............................................. $0.00 ............................................. Unknown

**(3) iMac 27-inch with Retina 5K Display** ............................................. Unknown ....... Recent cost ....... Unknown

51. **Total of Part 8.**

| | $0.00 |
|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Debtor leases its headquartes and warehouse located at 18560 San Jose Avenue, City of Industry, CA 91748-1365** | **Leased land** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**

| | $0.00 |
|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Playhut, Inc.** | Case number *(If known)* | **2:18-bk-15972-WB** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Related entity accounts receivable of NBK (Ichief) - $947,970.40** | **Unknown** |
| | **Related entity accounts receivable of PCC - $1,097,026.00** | **Unknown** |
| | **Related entity accounts receivable of Azooca - $2,318,738.57** | **Unknown** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Playhut, Inc.**                                           Case number *(If known)*  **2:18-bk-15972-WB**
         Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,293,759.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $386,461.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,506,604.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $850,791.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,037,616.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,037,616.25 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Playhut, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:18-bk-15972-WB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** | **Preferred Bank**<br>Creditor's Name | **$6,152,613.59** | **Unknown** |

Creditor's Name: **Preferred Bank**

**Alhambra Office**
**325 East Valley Blvd**
**Alhambra, CA 91801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket lien on all assets of Debtor pursuant UCC-1 Financing Statement**

Describe the lien
**UCC-1 Lien Holder**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $6,152,613.59

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Preferred Bank**<br>**601 S Figueroa Street**<br>**29th Floor**<br>**Los Angeles, CA 90017-5734** | Line **2.1** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Playhut, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:18-bk-15972-WB** |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **4162**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Los Angeles County Treasurer**<br>**& Tax Collector**<br>**PO Box 54110**<br>**Los Angeles, CA 90054** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,607.81 | $12,607.81 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Playhut, Inc. | Case number *(if known)* | **2:18-bk-15972-WB** |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$723,208.00**

**1 West Capital, LLC**
**1250 East Hallandale Beach Blvd.**
**Suite 409**
**Hallandale, FL 33009**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **January 8, 2018**

Basis for the claim:  **ACH Merchant Agreement**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,131.31**

**American Express National Bank**
**c/o Beckett and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160.72**

**American Express National Bank**
**c/o Beckett and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **3007**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,006.65**

**Beyer Law Group, LLC**
**PO Box 1687**
**Cupertino, CA 95015-1687**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Law Firm**

Last 4 digits of account number  **2959**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,784.12**

**Buyers Support Group, Inc.**
**10025 Valley View Road**
**Suite 150**
**Eden Prairie, MN 55344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Outside Sales Representative**

Last 4 digits of account number  **3182**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$599,589.80**

**CHANGZHOUKANGYUAN PLASTIC CO.L**
**Xinqiao Town, Xinbei District**
**Changzhou, Jiangsu**
**Jiangsu, China**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0377**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87,668.48**

**CHINA-BASE NINGBO FOREIGN TRADE**
**No 666 Tian Tong South Road**
**Yinzhou District,  China**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0491**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Playhut, Inc. | Case number (if known) | **2:18-bk-15972-WB** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205,500.00** |
|---|---|---|---|

**Citi Capital**
**35-12 19th Avenue 3-West**
**Astoria, NY 11105-1001**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Merchant account**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,766.69** |
|---|---|---|---|

**DELL BUSINESS CREDIT**
**Payment Processing Center**
**PO BOX 5275**
**Carol Stream, IL 60197-5275**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9740**

Basis for the claim:  **Business related debt**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,461.13** |
|---|---|---|---|

**Dillman Sales, Inc.**
**1911 SW Campus Drive**
**Suite 778**
**Federal Way, WA 98023**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2578**

Basis for the claim:  **Vendor**
**Lawsuit filed 5/18/2017**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$926,942.20** |
|---|---|---|---|

**Disney Consumer Prod. Latin AM**
**Two Alhambra Plaza**
**9th Floor**
**Miami, FL 33134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2146**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,124.30** |
|---|---|---|---|

**Dreamworks Animation, LLC**
**1000 Flower Street**
**Glendale, CA 91201**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **2805**

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$219,230.50** |
|---|---|---|---|

**EAST GRACE CORPORATION**
**395 Zhongshan Road**
**Wuxi, Jiangsu   China**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0489**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$204,135.32** |
|---|---|---|---|

**East-West Associates, Inc.**
**14821 Northam Street**
**La Mirada, CA 90638**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2596**

Basis for the claim:  **Vendor**
**(lawsuit pending)**

Is the claim subject to offset? ■ No  □ Yes

---

| Debtor | Playhut, Inc. | Case number (if known) | 2:18-bk-15972-WB |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241,680.00 |
|---|---|---|---|

**EBF Partners, LLC**
**dba Everest Business Funding**
**5 West 37th Street**
**2nd Floor**
**New York, NY 10018-5385**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ACH Merchant Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367,080.00 |
|---|---|---|---|

**EBF Partners, LLC**
**dba Everest Business Funding**
**5 West 37th Street**
**2nd Floor**
**New York, NY 10018-5385**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ACH Merchant Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,853.07 |
|---|---|---|---|

**ENTERTAINMENT ONE UK LIMITED**
**45 Warren Street**
**London, UK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3116**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200,000.00 |
|---|---|---|---|

**HANGZHOU CHINA TEXTILE IMP&EXP**
**6 F, A Building Kaixuanmen**
**Business Centre, No 11, Qingchun Rd**
**Hangzhou City, China**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment entered 4/20/2018**
**Hangzhou China Textile Imp & Exp vs. Playhut, Inc.**
**U.S.D.C. Case No. 2:17-cv-00157-PSG-GJS**

Last 4 digits of account number  **0364**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990,564.49 |
|---|---|---|---|

**HANGZHOU TAIYUAN OUTDOOR**
**Building 3 No. 2 Fengcheng Rd Ping**
**Town Yuhang District**
**Hangzhou  China**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0518**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.78 |
|---|---|---|---|

**Hasbro Entertainment**
**1027 Newport Ave.**
**Pawtucket, RI 02862-1059**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1532**

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Heartland Payment Systems, LLC**
**5215 Sepulveda Blvd**
**Culver City, CA 90230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit filed in Georgia**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Playhut, Inc.** | Case number (*if known*) | **2:18-bk-15972-WB** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,000.00**

**Karen Sue Naylor, Chapter 7 Trustee**
**c/o Ringstad Sanders, LLP**
**4343 Von Karman Avenue**
**Sutie 300**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number  **50TA**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **USBC - In re Anna's Linens, Inc. - Karen Sue Naylor, Chapter 7 Trustee v Playhut, Inc. - Complaint to Avoid and Receover Preferential Transfer (Motion for Default Judgment set for 6/28/18 @ 11; Status Conference set for 9/13/18 @ 10**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,234.03**

**MARKET UNION CO., LTD**
**8F, No. 1 Building, Hi-Tech**
**Science and Technology**
**Square No. 1498, Jiangnan Rd**
**Ningbo, Zhejiang,  China**

Date(s) debt was incurred __

Last 4 digits of account number  **0509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,624.00**

**Meserve Mumper Hughes, LLP**
**300 South Grand Avenue**
**24th floor**
**Los Angeles, CA 90071-3185**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **2926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Law firm**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392,283.71**

**NINGBO DEMEI HOME TEXTILE CO. LTD**
**No. 368 Yinxian Avenue**
**Yinzhou District**
**Ningbo, Zhejiang,  China**

Date(s) debt was incurred __

Last 4 digits of account number  **0517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,898.82**

**OO Sales Inc.**
**934 St Andrews Circle**
**Geneva, IL 60134**

Date(s) debt was incurred __

Last 4 digits of account number  **1536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$419,554.53**

**OOCL**
**111 West Ocean Blvd**
**Suite 1700**
**Long Beach, CA 90802**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,015.78**

**Orca Pacific Manufacturers Rep, LLC**
**1000 Dexter Avenue North**
**Suite 530**
**Seattle, WA 98109**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **3174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former Outside Sales Representative**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Playhut, Inc.** | | Case number (*if known*) | **2:18-bk-15972-WB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.29**

**Nonpriority creditor's name and mailing address**
**PAC Operating Limited Partners**
PO Box 742339
Los Angeles, CA 90074-2339

Date(s) debt was incurred __

Last 4 digits of account number  **2760**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$78,780.50**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Sesame Workshop**
G.P.O. Box 5587
New York, NY 10087-5587

Date(s) debt was incurred __

Last 4 digits of account number  **1513**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$9,635.50**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Signature Sales**
7664 Golden Triangle Drive
Eden Prairie, MN 55344

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **3210**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outside Sales Representative**

Is the claim subject to offset? ■ No ☐ Yes

**$11,725.49**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Thomas Licensing, LLC**
Attn: Royalty Accounting
PO Box 911258
Dallas, TX 75391-0867

Date(s) debt was incurred __

Last 4 digits of account number  **2599**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$85,581.60**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Universal Studios Licensing**
File 50789
Los Angeles, CA 90074-0789

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **3025**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,114.92**

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Viacom International, Inc.**
PO Box 13732
Newark, NJ 07188

Date(s) debt was incurred __

Last 4 digits of account number  **1524**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$143,736.68**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**WELFULL GROUP CO., LTD.**
11F, Jinjiang Manion
No. 111 Hushu South Road
Hangzhou,  China

Date(s) debt was incurred __

Last 4 digits of account number  **0522**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$213,469.68**

---

Debtor    **Playhut, Inc.**
Name

Case number (if known)    **2:18-bk-15972-WB**

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $727,815.76 |
|---|---|---|---|
| | **WUXI TIANAO HOME TEXTILE CO.,** | ☐ Contingent | |
| | **No. 10 Xinyuan Road, Qianzhou** | ☐ Unliquidated | |
| | **Town Inustrial Park** | ☐ Disputed | |
| | **Wuxi, Jiangsu,  China** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **0521** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421,655.56 |
|---|---|---|---|
| | **YANCHENG CHANGHUA OUTDOOR** | | |
| | **PRODUCTS** | ☐ Contingent | |
| | **No. 8 Longde Road** | ☐ Unliquidated | |
| | **Dazonghu Town, Yandu District** | ☐ Disputed | |
| | **Yancheng,  Jiangsu, China** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **0393** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,576,725.96 |
|---|---|---|---|
| | **YANCHENG CHANGHUA TRADING CO.** | ☐ Contingent | |
| | **No. 8 Longde RD** | ☐ Unliquidated | |
| | **Dazonghu Town** | ☐ Disputed | |
| | **Yancheng, Jiangsu,  China** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **0499** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $969,501.90 |
|---|---|---|---|
| | **YANGZHOU ZHENGHE FOREIGN TRADE** | ☐ Contingent | |
| | **No. 4, Jiazhuang Lane, Ximen** | ☐ Unliquidated | |
| | **Yangzhou, Jiangsu,  China** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **0496** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649,706.44 |
|---|---|---|---|
| | **YANGZHOU ZHONGYU IMP.&EXP.COR** | ☐ Contingent | |
| | **No 20, Yuqi Street, Yangzhou** | ☐ Unliquidated | |
| | **Jiangsu, China** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **0390** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499,500.00 |
|---|---|---|---|
| | **Yellowstone Capital West, LLC** | ■ Contingent | |
| | **30 Broad Street** | ■ Unliquidated | |
| | **14th Floor, Suite 1462** | ■ Disputed | |
| | **New York, NY 10004** | | |
| | Date(s) debt was incurred  **April 30, 2018** | Basis for the claim:  **ACH Merchant Agreement** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,320.00 |
|---|---|---|---|
| | **ZHEJIANG ARTS&CRAFTS** | | |
| | **IMPORT&EXPORT** | ☐ Contingent | |
| | **12 Zhongshan Bel Road** | ☐ Unliquidated | |
| | **Hangzhou,  China** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **0504** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Playhut, Inc. | Case number (if known) | 2:18-bk-15972-WB |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,220.00 |
|---|---|---|---|

**ZHEJIANG LONGSHION LEISURE PRODUCT**
**No. 1 Yangshan Industrial Zone**
**Xinjian Town Jinyun County**
**Lishul City,  China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number  0497

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,024.00 |
|---|---|---|---|

**ZHEJIANG ONETOUCH BUSINESS SERVICE**
**6th Floor, Building 1**
**No. 699, Wangshang Rd**
**Binjiang**
**Hangzhou,  China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number  0523

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,058.39 |
|---|---|---|---|

**ZHEJIANG WUYI LUHU CRAFT & LEISURE**
**Huanglong Industrial Area**
**Zhejiang**
**Wuyi, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number  0441

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445,842.60 |
|---|---|---|---|

**ZHEJIANG YOUYIJIA INDUSTRY & TRADE**
**Yunfeng Maotian Industrial Area**
**Suichang County**
**Zhejiang Province, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number  0490

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Beyer Law Group, LLC**<br>**20450 Stevens Creek Blvd.**<br>**Suite 200**<br>**Cupertino, CA 95014** | Line  3.4<br><br>☐ Not listed. Explain ____ | 2959 |
| 4.2  **Cap Call, LLC**<br>**c/o Douglas Robinson Esq.**<br>**122 East 42nd Street, Ste 2112**<br>**New York, NY 10168-2100** | Line  3.8<br><br>☐ Not listed. Explain ____ | _ |
| 4.3  **Emard, Danoff et al**<br>**Attn Eric Danoff & Talcott N. Bates**<br>**49 Stevenson Street**<br>**Suite 400**<br>**San Francisco, CA 94105** | Line  3.27<br><br>☐ Not listed. Explain ____ | FMOx |

---

| Debtor | Playhut, Inc. | Case number (if known) | **2:18-bk-15972-WB** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Faith P. Hill, Esq.** **BARRETT PARTNERS GROUP, LLC** **2330 Scenic Hwy** **Snellville, GA 30078** | Line **3.21** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Hangzhou China Textile Import & Exp** **1601 N Sepulveda Blvd.** **Manhattan Beach, CA 90266-6511** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Law Offices of Steven P Scandura** **1601 N Sepulveda Blvd.** **Suite 730** **Manhattan Beach, CA 90266** | Line **3.18** ☐ Not listed. Explain ____ | **GGJS** |
| 4.7 | **OO Sales, Inc.** **1275 W Roosevelt Rd** **West Chicago, IL 60185** | Line **3.26** ☐ Not listed. Explain ____ | **1536** |
| 4.8 | **Orca Pacific Manufacturers Rep, LLC** **500 Yale Avenue North** **Seattle, WA 98109** | Line **3.28** ☐ Not listed. Explain ____ | **3174** |
| 4.9 | **PAC Operating Ltd Partnership** **841 Apollo Street** **Suite 350** **El Segundo, CA 90245** | Line **3.29** ☐ Not listed. Explain ____ | **2760** |
| 4.10 | **RTR Recovery** **122 East 42nd Street, Suite 2112** **New York, NY 10168** | Line **3.8** ☐ Not listed. Explain ____ | _ |
| 4.11 | **Sheldon J. Fleming, Esq.** **2030 Main Street, Suite 1300** **Irvine, CA 92614** | Line **3.29** ☐ Not listed. Explain ____ | _ |
| 4.12 | **Viacom International, Inc.** **c/o MTV Networks** **1515 Broadway, 41st Floor** **New York, NY 10036-8995** | Line **3.34** ☐ Not listed. Explain ____ | **1524** |
| 4.13 | **Yu ("Brian") Zheng** **19901 Tennessee Trail** **Walnut, CA 91789** | Line **3.15** ☐ Not listed. Explain ____ | _ |
| 4.14 | **Yu ("Brian") Zheng** **19901 Tennessee Trail** **Walnut, CA 91789** | Line **3.16** ☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **12,607.81** |
| 5b. Total claims from Part 2 | 5b. + $ | **14,860,728.41** |

| Debtor | **Playhut, Inc.** | Case number (*if known*) | **2:18-bk-15972-WB** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 14,873,336.22

**Fill in this information to identify the case:**

Debtor name **Playhut, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:18-bk-15972-WB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Real property lease on company's HQ & Warehouse located at 18560 San Jose Avenue, City of Industry, CA 91748-1365** | |
| State the term remaining | **6/1/2018 - 6/30/2023** | **BPP Shiraz Fullerton 89 LP c/o Gatway Industrial Properties 3100 Bristol Street #220 Costa Mesa, CA 92626** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement (Contract No. 1888530515)** | |
| State the term remaining | **1/1/2018 - 12/31/2018** | **Disney Consumer Products, Inc. 500 S Buena Vista Street Burbank, CA 91521** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **PJ Masks Merchandising License Agreement** | |
| State the term remaining | **terminated 4/26/18** | **Entertainment One UK Limited 45 Warren Street London W1T 6AG, UK** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
| State the term remaining | | **Mattel, Inc. 333 Continental Boulevard El Segundo, CA 90245-5012** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Playhut, Inc.** | | | Case number *(if known)* | **2:18-bk-15972-WB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sesame Street Corporate Office** |
| | List the contract number of any government contract | | **1 Lincoln Plaza** |
| | | | **New York, NY 10023** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement re Despicable Me Franchise (Contract No. 117374.01)** | |
|---|---|---|---|
| | State the term remaining | **3/3/14-12/31/18** | **Universal Studios Licensing** |
| | List the contract number of any government contract | | **File 50789** |
| | | | **Los Angeles, CA 90074-0789** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement with Nickolodeon Network re: Blaze and The Monster Machine; Bubble Guppies; Dora the Explorer; Dora and Friends; Shimmer and Shine; SpongBob Squarepants; Team Umizoomi** | |
|---|---|---|---|
| | State the term remaining | **5/2016-12/31/18** | **Viacom International, Inc.** |
| | List the contract number of any government contract | | **1515 Broadway** |
| | | | **New York, NY 10036** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement re the Paw Patrol Series** | |
|---|---|---|---|
| | State the term remaining | **5/20/16-12/31/18** | **Viacom International, Inc.** |
| | List the contract number of any government contract | | **1515 Broadway, 41st Floor** |
| | | | **New York, NY 10036-8995** |

**Fill in this information to identify the case:**

Debtor name          **Playhut, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:18-bk-15972-WB**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                         *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Patent Category Corp.** | **382 N. Lemon Avenue Suite 189 Walnut, CA 91789 Guarantor** | **Yellowstone Capital West, LLC** | ☐ D _____ ■ E/F  **3.41** ☐ G _____ |
| 2.2 | **Yu ("Brian") Zheng** | **19901 Tennessee Trail Walnut, CA 91789 Guarantor** | **1 West Capital, LLC** | ☐ D _____ ■ E/F  **3.1** ☐ G _____ |
| 2.3 | **Yu ("Brian") Zheng** | **19901 Tennessee Trail Walnut, CA 91789 Guarantor** | **EBF Partners, LLC** | ☐ D _____ ■ E/F  **3.16** ☐ G _____ |
| 2.4 | **Yu ("Brian") Zheng** | **19901 Tennessee Trail Walnut, CA 91789 Guarantor** | **EBF Partners, LLC** | ☐ D _____ ■ E/F  **3.15** ☐ G _____ |
| 2.5 | **Yu ("Brian") Zheng** | **19901 Tennessee Trail Walnut, CA 91789 Guarantor** | **Yellowstone Capital West, LLC** | ☐ D _____ ■ E/F  **3.41** ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Playhut, Inc.** | | Case number *(if known)* | **2:18-bk-15972-WB** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Yu ("Brian") Zheng**<br>**19901 Tennessee Trail**<br>**Walnut, CA 91789**<br>**Guarantor** | **Citi Capital** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.7 | **Yu ("Brian") Zheng**<br>**19901 Tennessee Trail**<br>**Walnut, CA 91789**<br>**Guarantor** | **Preferred Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Playhut, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:18-bk-15972-WB**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2018**          X /s/ **Yu Zheng**
                                          Signature of individual signing on behalf of debtor

                                          **Yu Zheng**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Playhut, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:18-bk-15972-WB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **operation of business** | **$2,361,200.62** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **operation of business** | **$15,300,000.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **operation of business** | **$19,500,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Playhut, Inc.** | | Case number *(if known)* | **2:18-bk-15972-WB** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment to SFA 3(a)** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached to SFA 4** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Dillman Sales, Inc. vs. Playhut, Inc. Debtor** | **Trial set for July 2018** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Azooca, Inc. v. Foxlink** | **Azooca, Inc. is a company owned by Debtor's sole shareholder Yu "Brian" Zheng** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Playhut, Inc.**                                                      Case number *(if known)*  **2:18-bk-15972-WB**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **East West Associates, Inc. v. Playhut, Inc. Debtor** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Heartland Payment Systems, LLC vs. Playhut, Inc. and Brian Zheng**<br>**18EV000068** | Civil | **State of Georgia - Fulton County**<br>**136 Pryor Street SW**<br>**Ste C640**<br>**Atlanta, GA 30303** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **PAC Operational Limited Partnership vs. Playhut, Inc.**<br>**KC070180** | Unlawful Detainer - Judgment obtained | **Los Angeles Superior Court**<br>**400 Civic Center Plaza**<br>**Pomona, CA 91766** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. **In re Anna's Linens, Inc.**<br>**Karen Sue Naylor, Chapter 7 Trustee**<br>**v**<br>**Playhut, Inc.**<br>**8:17-ap-01250-TA** | Complaint to Avoid and Recover Preferential Transfer (Motion for Default Judgment set for June 28, 2018 @ 11; Status Conference set for September 13, 2018 @ 10) | **United States Bankruptcy Court**<br>**411 West Fourth Street**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Hangzhou China Textile Imp & Exp vs. Playhut, Inc.**<br>**U.S.D.C. Case No.**<br>**2:17-cv-00157-PSG-GJS** | Judgment entered 4/20/2018 | **United States District Court**<br>**Courtroom 6A, 6th floor**<br>**350 W 1st Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Playhut, Inc.** | | Case number *(if known)* | **2:18-bk-15972-WB** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Armory Consulting, Co.**<br>**3943 Irvine Blvd., Suite 253**<br>**Irvine, CA 92602** | **Financial consultant** | **4/30/18 -<br>$1,500.00<br>5/21/18 -<br>$10,000.00** | **$11,500.00** |
| | Email or website address<br>**jwong@armoryconsulting. com** | | | |
| | Who made the payment, if not debtor?<br>**Debtor** | | | |
| 11.2. | **Goe & Forsythe, LLP**<br>**18101 Von Karman Avenue**<br>**Suite 1200**<br>**Irvine, CA 92612-7127** | **Attorney Fees** | **5/14/18 -<br>$5,000.00<br>5/17/18 -<br>$15,000.00<br>5/18/18 -<br>$10,000.00** | **$30,000.00** |
| | Email or website address<br>**rgoe@goeforlaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

| Debtor | **Playhut, Inc.** | | Case number *(if known)* | **2:18-bk-15972-WB** |
|---|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **368 S Cheryl Lane**<br>**Walnut, CA 91789** | **2007-5/2018** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

| Debtor | **Playhut, Inc.** | Case number *(if known)* | **2:18-bk-15972-WB** |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

| Debtor | **Playhut, Inc.** | | Case number *(if known)* | **2:18-bk-15972-WB** |

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Pearl Peri** c/o Playhut, Inc. 18560 San Jose Abenue Rowland Heights, CA 91748-1365 | **5/2017-current** |
| 26a.2. **Cheyenne Huang** Playhut, Inc. 368 S Cheryl Lane (Debtor's old address) Walnut, CA 91789 | **11/2016-4/2017** |
| 26a.3. **Steve Feng** Playhut, Inc. 368 S Cheryl Lane (Debtor's old address) Walnut, CA 91789 | **2007-2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **GTL, LLP** 15315 Magnolia Blvd. Suite 110 Sherman Oaks, CA 91403 | **2015** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Harry C. Lin, CPA** 17890 Castelon Street Suite 102 Rowland Heights, CA 91748 | **2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Pearl Peri** c/o Playhut, Inc. 368 S Cherul Lane (Debtor's old address) Walnut, CA 91789 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

| Debtor | **Playhut, Inc.** | | Case number *(if known)* | **2:18-bk-15972-WB** |
|---|---|---|---|---|

| Name and address | |
|---|---|
| 26d.1. | **Preferred Bank**<br>**601 S Figueroa Street**<br>**29th Floor**<br>**Los Angeles, CA 90017-5734** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Yu ("Brian") Zheng | 19901 Tennessee Trail<br>Walnut, CA 91789 | CEO | 100% shareholder and sole officer and director |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA #4** | | | |
| | **Relationship to debtor** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# SOFA #3

| CheckNumbe | Check Date | Vendor # | Name | Check Amount |
|---|---|---|---|---|
| 001746 | 2/22/2018 | 00-0013133 | JOHSVIE SANTOS | 576.00 |
| 001747 | 2/22/2018 | 00-0013201 | MARIA LUZ RUMUALDO | 440.00 |
| 001748 | 2/22/2018 | 00-0013124 | IRMA ANDREA AYALA | 792.00 |
| 001724 | 2/23/2018 | 00-0012550 | ALL ACCESS EXPRESS, INC. | 279.00 |
| 001725 | 2/23/2018 | 00-0013184 | APPLE FINANCIAL SERVICES | 594.22 |
| 001726 | 2/23/2018 | 00-0012264 | ARAMARK Uniform Services | 118.23 |
| 001727 | 2/23/2018 | 00-0012971 | ARTURO OROZCO SORIA | 400.00 |
| 001728 | 2/23/2018 | 00-0014452 | ASCENTIA ENGINEERING SERVICES | 294.00 |
| 001729 | 2/23/2018 | 00-0012244 | AT&T MOBILITY  #8041 | 700.70 |
| 001730 | 2/23/2018 | 00-0010923 | CITY OF INDUSTRY | 291.57 |
| 001731 | 2/23/2018 | 00-0013194 | CONTINENTAL AGENCY INC. | 536.81 |
| 001732 | 2/23/2018 | 00-0013076 | DELL  BUSINESS CREDIT PAYMENT | 718.00 |
| 001733 | 2/23/2018 | 00-0013159 | ERNEST PACKAGING SOLUTIONS | 761.03 |
| 001734 | 2/23/2018 | 00-0013197 | FRANK H NAKADA | 1,152.00 |
| 001735 | 2/23/2018 | 00-0011365 | IRIS JAIME | 100.00 |
| 001736 | 2/23/2018 | 00-0011193 | JANI-KING OF CA, INC. LAX/COL | 541.84 |
| 001737 | 2/23/2018 | 00-0012612 | Matson Navigation | 13,683.00 |
| 001738 | 2/23/2018 | 00-0010210 | SOUTHERN CALIFORNIA EDISON | 2,125.74 |
| 001739 | 2/23/2018 | 00-0012812 | TOSHIBA FINANCIAL SERVICES | 2,682.69 |
| 001740 | 2/23/2018 | 00-0013115 | VERIZON #U0152421 | 1,639.04 |
| 001741 | 2/23/2018 | 00-0010936 | Walnut Valley Water  District | 443.63 |
| 001742 | 2/23/2018 | 00-0013176 | WELLS FARGO VENDOR FIN SERV | 1,855.63 |
| 001743 | 2/23/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 001744 | 2/23/2018 | 00-0013133 | JOHSVIE SANTOS | 1,296.00 |
| 001745 | 2/23/2018 | 00-0013225 | WENSHI LU | 840.00 |
| 905754 | 2/26/2018 | 00-0010734 | BANK OF AMERICA        15019 | 1,965.01 |
| 905755 | 2/26/2018 | 00-0012032 | CARDMEMBER SERVICE | 17,646.46 |
| 905756 | 2/26/2018 | 00-0012818 | HSBC BANK USA, N.A  # 2938 | 856.93 |
| 905757 | 2/26/2018 | 00-0013114 | CAPITAL ONE BANK (USA) #8946 | 2,249.49 |
| 905758 | 2/26/2018 | 00-0012702 | AMERICAN EXPRESS # 3007 | 5,870.45 |
| 905759 | 2/27/2018 | 00-0000210 | PLAYHUT GZ (CHINA) CO., LTD | 44,684.03 |
| 905760 | 2/27/2018 | 00-0010120 | LIPING ZHANG | 965.00 |
| 001749 | 2/28/2018 | 00-0012320 | CANARD AGENCIES | 3,566.52 |
| 001750 | 2/28/2018 | 00-0013194 | CONTINENTAL AGENCY INC. | 393.71 |
| 001751 | 2/28/2018 | 00-0010557 | DIVERSE MARKETING, L.L.C. | 17,384.70 |
| 001752 | 2/28/2018 | 00-0012027 | FOCUS MARKETING | 1,000.00 |
| 001753 | 2/28/2018 | 00-0011405 | JOHN HANCOCK LIFE INSURANCE CO | 102.54 |
| 001754 | 2/28/2018 | 00-0012612 | Matson Navigation | 15,859.00 |
| 001755 | 2/28/2018 | 00-0011536 | OO SALES INC. | 2,000.00 |
| 001756 | 2/28/2018 | 00-0013174 | ORCA PACIFIC MANUFACTURERS REPRESENTATIVES LLC | 4,119.02 |
| 001757 | 2/28/2018 | 00-0012380 | SMALL DISCOVERIES, INC. | 770.17 |
| 001758 | 2/28/2018 | 00-0013030 | TAMBURIN ARNETTE INC. | 3,288.63 |
| 001759 | 2/28/2018 | 00-0013227 | WORLDWIDE EXPRESS | 643.30 |
| 001760 | 2/28/2018 | 00-0010658 | TARGET CORPORATION | 5,183.41 |
| 001761 | 2/28/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 905761 | 2/28/2018 | 00-0000523 | ZHEJIANG ONETOUCH BUSINESS | 14,903.60 |
| 905762 | 2/28/2018 | 00-0000523 | ZHEJIANG ONETOUCH BUSINESS | 19,240.00 |
| 905763 | 3/6/2018 | 00-0000518 | Hangzhou Taiyuan Outdoor | 29,499.85 |
| 001762 | 3/8/2018 | 00-0012264 | ARAMARK Uniform Services | 63.53 |
| 001763 | 3/8/2018 | 00-0013193 | BEATRICE CABALLERO | 454.22 |
| 001764 | 3/8/2018 | 00-0010923 | CITY OF INDUSTRY | 291.57 |
| 001765 | 3/8/2018 | 00-0013194 | CONTINENTAL AGENCY INC. | 1,043.50 |
| 001766 | 3/8/2018 | 00-0013197 | FRANK H NAKADA | 720.00 |
| 001767 | 3/8/2018 | 00-0013124 | IRMA ANDREA AYALA | 352.00 |

| CheckNumbe | Check Date | Vendor # | Name | Check Amount |
|---|---|---|---|---|
| 001768 | 3/8/2018 | 00-0013229 | KAT RAQUEL | 289.68 |
| 001769 | 3/8/2018 | 00-0013187 | LAMPREY SYSTEMS, LLC | 166.34 |
| 001770 | 3/8/2018 | 00-0013201 | MARIA LUZ RUMUALDO | 440.00 |
| 001771 | 3/8/2018 | 00-0012612 | Matson Navigation | 33,677.00 |
| 001772 | 3/8/2018 | 00-0012960 | MR. & MRS MAID | 660.00 |
| 001773 | 3/8/2018 | 00-0013219 | PETER TODD | 419.19 |
| 001774 | 3/8/2018 | 00-0012750 | RAYMOND HANDLING SOLUTIONS | 198.48 |
| 001775 | 3/8/2018 | 00-0013227 | WORLDWIDE EXPRESS | 326.49 |
| 001776 | 3/8/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 001777 | 3/8/2018 | 00-0012612 | Matson Navigation | 2,975.00 |
| 001778 | 3/8/2018 | 00-0013227 | WORLDWIDE EXPRESS | 2,027.10 |
| 001779 | 3/8/2018 | 00-0010145 | YU ZHENG | 13,837.35 |
| 001780 | 3/8/2018 | 00-0010270 | RAYMOND SUN | 1,250.00 |
| 001781 | 3/8/2018 | 00-0013219 | PETER TODD | 245.41 |
| 001782 | 3/8/2018 | 00-0013225 | WENSHI LU | 1,080.00 |
| 905764 | 3/8/2018 | 00-0012146 | DISNEY CONSUMER PROD. LATIN AM | 100,000.00 |
| 905765 | 3/8/2018 | 00-0010734 | BANK OF AMERICA      15019 | 6,651.82 |
| 905766 | 3/8/2018 | 00-0012192 | CITI Thank You Card #5379/2581 | 1,461.18 |
| 905767 | 3/8/2018 | 00-0012032 | CARDMEMBER SERVICE | 450.00 |
| 905768 | 3/8/2018 | 00-0012032 | CARDMEMBER SERVICE | 4,767.52 |
| 001783 | 3/15/2018 | 00-0012550 | ALL ACCESS EXPRESS, INC. | 141.61 |
| 001784 | 3/15/2018 | 00-0012971 | ARTURO OROZCO SORIA | 400.00 |
| 001785 | 3/15/2018 | 00-0012244 | AT&T MOBILITY  #8041 | 331.96 |
| 001786 | 3/15/2018 | 00-0013076 | DELL  BUSINESS CREDIT PAYMENT | 700.00 |
| 001787 | 3/15/2018 | 00-0013159 | ERNEST PACKAGING SOLUTIONS | 1,882.81 |
| 001788 | 3/15/2018 | 00-0012665 | FIRST INSURANCE FUNDING CORP | 10,091.89 |
| 001789 | 3/15/2018 | 00-0012125 | INVENSURE INSURANCE BROKERS | 16,909.20 |
| 001790 | 3/15/2018 | 00-0012612 | Matson Navigation | 5,147.00 |
| 001791 | 3/15/2018 | 00-0010936 | Walnut Valley Water  District | 455.74 |
| 001792 | 3/15/2018 | 00-0013197 | FRANK H NAKADA | 288.00 |
| 001793 | 3/15/2018 | 00-0010270 | RAYMOND SUN | 1,250.00 |
| 001794 | 3/15/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 008099 | 3/15/2018 | 00-0013219 | PETER TODD | 4,500.00 |
| 905769 | 3/16/2018 | 00-0000521 | WUXI TIANAO HOME TEXTILE CO., | 5,050.00 |
| 905770 | 3/19/2018 | 00-0000518 | Hangzhou Taiyuan Outdoor | 35,243.95 |
| 001795 | 3/23/2018 | 00-0012264 | ARAMARK Uniform Services | 61.51 |
| 001796 | 3/23/2018 | 00-0013159 | ERNEST PACKAGING SOLUTIONS | 755.00 |
| 001797 | 3/23/2018 | 00-0011405 | JOHN HANCOCK LIFE INSURANCE CO | 102.54 |
| 001798 | 3/23/2018 | 00-0010210 | SOUTHERN CALIFORNIA EDISON | 2,294.86 |
| 001799 | 3/23/2018 | 00-0012812 | TOSHIBA FINANCIAL SERVICES | 2,008.73 |
| 001800 | 3/23/2018 | 00-0013115 | VERIZON #U0152421 | 1,639.04 |
| 001801 | 3/23/2018 | 00-0013176 | WELLS FARGO VENDOR FIN SERV | 1,614.03 |
| 001802 | 3/23/2018 | 00-0013225 | WENSHI LU | 1,225.50 |
| 001803 | 3/23/2018 | 00-0012309 | WING T. WONG | 122.64 |
| 001804 | 3/23/2018 | 00-0013227 | WORLDWIDE EXPRESS | 169.43 |
| 001805 | 3/23/2018 | 00-0010270 | RAYMOND SUN | 1,250.00 |
| 001806 | 3/23/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 001807 | 3/23/2018 | 00-0010766 | PATENT CATEGORY CORP. | 20,000.00 |
| 905771 | 3/23/2018 | 00-0012818 | HSBC BANK USA, N.A  # 2938 | 470.86 |
| 905772 | 3/23/2018 | 00-0012702 | AMERICAN EXPRESS # 3007 | 1,607.59 |
| 905773 | 3/23/2018 | 00-0012699 | CITI CARDS #1154 (AA2606 ) | 134.99 |
| 905774 | 3/23/2018 | 00-0013114 | CAPITAL ONE BANK (USA) #8946 | 1,904.42 |
| 905775 | 3/23/2018 | 00-0010734 | BANK OF AMERICA      15019 | 4,052.28 |
| 001808 | 3/29/2018 | 00-0010557 | DIVERSE MARKETING, L.L.C. | 3,000.00 |
| 001809 | 3/29/2018 | 00-0011193 | JANI-KING OF CA, INC. LAX/COL | 541.84 |

| CheckNumber | Check Date | Vendor # | Name | Check Amount |
|---|---|---|---|---|
| 001810 | 3/29/2018 | 00-0013033 | BG ASSOCIATES | 1,706.16 |
| 001811 | 3/29/2018 | 00-0013174 | ORCA PACIFIC MANUFACTURERS REPRESENTATIVES LLC | 2,000.00 |
| 001812 | 3/29/2018 | 00-0013184 | APPLE FINANCIAL SERVICES | 594.22 |
| 001813 | 3/29/2018 | 00-0013227 | WORLDWIDE EXPRESS | 1,305.54 |
| 001814 | 3/29/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 905776 | 3/29/2018 | 00-0010734 | BANK OF AMERICA       15019 | 9,510.65 |
| 905777 | 3/29/2018 | 00-0012192 | CITI Thank You Card #5379/2581 | 1,170.41 |
| 905778 | 3/29/2018 | 00-0012146 | DISNEY CONSUMER PROD. LATIN AM | 50,000.00 |
| 905779 | 3/29/2018 | 00-0000210 | PLAYHUT GZ (CHINA) CO., LTD | 53,156.57 |
| 905780 | 3/29/2018 | 00-0010120 | LIPING ZHANG | 965.00 |
| 001815 | 4/3/2018 | 00-0013231 | HEIDY TROMBI | 3,785.00 |
| 001816 | 4/3/2018 | 00-0013027 | US DEPARTMENT OF HOMELAND SECU | 500.00 |
| 001817 | 4/3/2018 | 00-0013027 | US DEPARTMENT OF HOMELAND SECU | 1,500.00 |
| 001818 | 4/5/2018 | 00-0012264 | ARAMARK Uniform Services | 60.43 |
| 001819 | 4/5/2018 | 00-0013227 | WORLDWIDE EXPRESS | 1,099.41 |
| 001820 | 4/5/2018 | 00-0013232 | ADVANCED COMPUTER SOLUTIONS GROUP | 360.00 |
| 001821 | 4/5/2018 | 00-0010270 | RAYMOND SUN | 1,250.00 |
| 001822 | 4/5/2018 | 00-0013197 | FRANK H NAKADA | 576.00 |
| 001823 | 4/5/2018 | 00-0013229 | KAT RAQUEL | 197.52 |
| 001824 | 4/5/2018 | 00-0013225 | WENSHI LU | 1,215.00 |
| 001825 | 4/5/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 001826 | 4/12/2018 | 00-0010923 | CITY OF INDUSTRY | 291.57 |
| 001827 | 4/12/2018 | 00-0012244 | AT&T MOBILITY  #8041 | 323.16 |
| 001828 | 4/12/2018 | 00-0012550 | ALL ACCESS EXPRESS, INC. | 63.72 |
| 001829 | 4/12/2018 | 00-0012766 | SEAN LIAO | 51.36 |
| 001830 | 4/12/2018 | 00-0012960 | MR. & MRS MAID | 660.00 |
| 001831 | 4/12/2018 | 00-0013076 | DELL  BUSINESS CREDIT PAYMENT | 682.00 |
| 001832 | 4/12/2018 | 00-0013115 | VERIZON #U0152421 | 1,630.28 |
| 001833 | 4/12/2018 | 00-0013129 | BARA ALOMARI | 28.48 |
| 001834 | 4/12/2018 | 00-0010145 | YU ZHENG | 13,837.35 |
| 001835 | 4/12/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 905781 | 4/13/2018 | 00-0000518 | Hangzhou Taiyuan Outdoor | 19,476.65 |
| 001836 | 4/18/2018 | 00-0013205 | BAHADORI LAW GROUP, PC | 1,000.00 |
| 001836 | 4/18/2018 | 00-0013124 | IRMA ANDREA AYALA | 770.00 |
| 001839 | 4/18/2018 | 00-0013067 | APOLINAR MERCADO | 177.00 |
| 001840 | 4/18/2018 | 00-0013234 | Maria G. Alfaro | 525.25 |
| 001841 | 4/18/2018 | 00-0013235 | Pablo Jimenez | 508.75 |
| 001842 | 4/18/2018 | 00-0013197 | FRANK H NAKADA | 1,296.00 |
| 001842 | 4/18/2018 | 00-0013197 | FRANK H NAKADA | 1,296.00 |
| 001843 | 4/18/2018 | 00-0013225 | WENSHI LU | 1,267.50 |
| 001844 | 4/18/2018 | 00-0014464 | STACY WHITE | 60.00 |
| 001845 | 4/18/2018 | 00-0010210 | SOUTHERN CALIFORNIA EDISON | 1,957.82 |
| 001846 | 4/18/2018 | 00-0010936 | Walnut Valley Water  District | 346.89 |
| 001846 | 4/18/2018 | 00-0010936 | Walnut Valley Water  District | 344.66 |
| 001847 | 4/18/2018 | 00-0012264 | ARAMARK Uniform Services | 60.00 |
| 001848 | 4/18/2018 | 00-0012665 | FIRST INSURANCE FUNDING CORP | 10,091.89 |
| 001849 | 4/18/2018 | 00-0013184 | APPLE FINANCIAL SERVICES | 594.22 |
| 001850 | 4/18/2018 | 00-0013205 | BAHADORI LAW GROUP, PC | 1,000.00 |
| 001851 | 4/18/2018 | 00-0010557 | DIVERSE MARKETING, L.L.C. | 3,000.00 |
| 001852 | 4/19/2018 | 00-0014465 | Joshua Casavez | 120.00 |
| W00001 | 4/23/2018 | 00-0012032 | CARDMEMBER SERVICE | 6,475.68 |
| W00002 | 4/23/2018 | 00-0012699 | CITI CARDS #1154 (AA2606 ) | 14.99 |
| 001854 | 4/25/2018 | 00-0010938 | OLYMPIC STAFFING SERVICES | 930.00 |

| CheckNumbe | Check Date | Vendor # | Name | Check Amount |
|---|---|---|---|---|
| 001855 | 4/25/2018 | 00-0013219 | PETER TODD | 225.14 |
| 001856 | 4/25/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 001857 | 4/25/2018 | 00-0012812 | TOSHIBA FINANCIAL SERVICES | 2,304.02 |
| 001858 | 4/25/2018 | 00-0013176 | WELLS FARGO VENDOR FIN SERV | 1,614.03 |
| 001860 | 4/25/2018 | 00-0010936 | Walnut Valley Water  District | 2.23 |
| 001861 | 4/27/2018 | 00-0012784 | BUCHALTER NEMER | 10,000.00 |
| 001862 | 4/30/2018 | 00-0012702 | AMERICAN EXPRESS # 3007 | 3,721.18 |
| 001863 | 4/30/2018 | 00-0014466 | Armory Consulting Co. | 1,500.00 |
| W00003 | 4/30/2018 | 00-0012702 | AMERICAN EXPRESS # 3007 | 3,721.18 |
| 001864 | 5/2/2018 | 00-0013197 | FRANK H NAKADA | 1,152.00 |
| 001865 | 5/2/2018 | 00-0012264 | ARAMARK Uniform Services | 60.00 |
| 001866 | 5/2/2018 | 00-0013189 | GLOBALTRANZ ENTERPRISES. INC. | 294.02 |
| 001867 | 5/2/2018 | 00-0011193 | JANI-KING OF CA, INC. LAX/COL | 541.84 |
| 001868 | 5/2/2018 | 00-0010478 | JC PENNY COMPANY, INC | 135.67 |
| 001869 | 5/2/2018 | 00-0012960 | MR. & MRS MAID | 460.00 |
| 001870 | 5/2/2018 | 00-0013227 | WORLDWIDE EXPRESS | 744.18 |
| 001871 | 5/2/2018 | 00-0012960 | MR. & MRS MAID | 200.00 |
| 001872 | 5/2/2018 | 00-0013194 | CONTINENTAL AGENCY INC. | 240.97 |
| 001873 | 5/2/2018 | 00-0012612 | Matson Navigation | 2,532.00 |
| 001874 | 5/2/2018 | 00-0013225 | WENSHI LU | 1,300.00 |
| 001875 | 5/2/2018 | 00-0014465 | Joshua Casavez | 600.00 |
| W00004 | 5/3/2018 | 00-0010734 | BANK OF AMERICA      15019 | 500.00 |
| W00009 | 5/3/2018 | 00-0010734 | BANK OF AMERICA      15019 | 500.00 |
| 001876 | 5/4/2018 | 00-0011193 | JANI-KING OF CA, INC. LAX/COL | 541.84 |
| 001877 | 5/4/2018 | 00-0012545 | COLONIAL LIFE | 489.95 |
| 001878 | 5/4/2018 | 00-0013118 | CALIFORNIA PROPANE | 194.83 |
| W00005 | 5/4/2018 | 00-0013114 | CAPITAL ONE BANK (USA) #8946 | 2,116.66 |
| W00006 | 5/4/2018 | 00-0000499 | Yancheng Changhua Trading Co., | 102,648.20 |
| W00007 | 5/4/2018 | 00-0000509 | MARKET UNION CO.,LTD | 59,022.00 |
| W00008 | 5/4/2018 | 00-0000499 | Yancheng Changhua Trading Co., | 19.40- |
| 001879 | 5/9/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 001880 | 5/9/2018 | 00-0010923 | CITY OF INDUSTRY | 291.57 |
| 001881 | 5/9/2018 | 00-0012545 | COLONIAL LIFE | 587.94 |
| 001882 | 5/9/2018 | 00-0012550 | ALL ACCESS EXPRESS, INC. | 342.38 |
| 001883 | 5/9/2018 | 00-0012592 | CHARLES FANG | 4,277.67 |
| 001884 | 5/9/2018 | 00-0013004 | STRATEGIC BUSINESS VISIONS LLC | 3,311.81 |
| 001885 | 5/9/2018 | 00-0013076 | DELL  BUSINESS CREDIT PAYMENT | 713.00 |
| 001886 | 5/9/2018 | 00-0013115 | VERIZON #U0152421 | 1,630.28 |
| 001887 | 5/9/2018 | 00-0013227 | WORLDWIDE EXPRESS | 562.25 |
| 001888 | 5/10/2018 | 00-0010766 | PATENT CATEGORY CORP. | 20,000.00 |
| W00010 | 5/10/2018 | 00-0000518 | Hangzhou Taiyuan Outdoor | 34,970.00 |
| W00011 | 5/14/2018 | 00-0014468 | GOE & FORSYTHE, LLP | 5,000.00 |
| W00012 | 5/15/2018 | 00-0012818 | HSBC BANK USA, N.A  # 2938 | 259.59 |
| W00013 | 5/15/2018 | 00-0000499 | Yancheng Changhua Trading Co., | 50,675.00 |
| W00014 | 5/15/2018 | 00-0000210 | PLAYHUT GZ (CHINA) CO., LTD | 43,619.20 |
| 001889 | 5/16/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 001890 | 5/16/2018 | 00-0012264 | ARAMARK Uniform Services | 60.00 |
| 001001 | 5/17/2018 | 00-0014470 | BPP SHIRAZ FULLERTON 89 LP | 95,860.58 |
| 001891 | 5/17/2018 | 00-0010138 | DELUXE BUSINESS FORMS & SUPPLI | 445.32 |
| 001892 | 5/17/2018 | 00-0012244 | AT&T MOBILITY  #8041 | 360.60 |
| 001893 | 5/17/2018 | 00-0012612 | Matson Navigation | 2,532.00 |
| 001894 | 5/17/2018 | 00-0012715 | LAW OFFICE OF JEFF GEORGE | 1,000.00 |
| 001895 | 5/17/2018 | 00-0013118 | CALIFORNIA PROPANE | 216.48 |
| 001896 | 5/17/2018 | 00-0013194 | CONTINENTAL AGENCY INC. | 242.60 |
| 001897 | 5/17/2018 | 00-0013205 | BAHADORI LAW GROUP, PC | 1,115.00 |

| CheckNumbe | Check Date | Vendor # | Name | Check Amount |
|---|---|---|---|---|
| 001898 | 5/17/2018 | 00-0013227 | WORLDWIDE EXPRESS | 474.42 |
| 001899 | 5/17/2018 | 00-0014469 | VANGUARD PACKAGING INC | 450.00 |
| 001900 | 5/17/2018 | 00-0013197 | FRANK H NAKADA | 864.00 |
| 001901 | 5/17/2018 | 00-0013225 | WENSHI LU | 1,200.00 |
| 001902 | 5/17/2018 | 00-0014465 | Joshua Casavez | 1,192.50 |
| 001903 | 5/17/2018 | 00-0014467 | CARMEN R VALENZULEA | 710.00 |
| W00015 | 5/17/2018 | 00-0014468 | GOE & FORSYTHE, LLP | 15,000.00 |
| 001002 | 5/18/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 001003 | 5/18/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| W00016 | 5/18/2018 | 00-0014468 | GOE & FORSYTHE, LLP | 10,000.00 |
| W00019 | 5/18/2018 | 00-0012192 | CITI Thank You Card #5379/2581 | 1,000.00 |
| 001004 | 5/21/2018 | 00-0010766 | PATENT CATEGORY CORP. | 19,782.60 |
| 001005 | 5/21/2018 | 00-0010766 | PATENT CATEGORY CORP. | 42,094.31 |
| W00017 | 5/21/2018 | 00-0014466 | Armory Consulting Co. | 10,000.00 |
| 001006 | 5/22/2018 | 00-0010120 | LIPING ZHANG | 2,000.00 |
| 001007 | 5/22/2018 | 00-0010210 | SOUTHERN CALIFORNIA EDISON | 1,722.24 |
| 001008 | 5/22/2018 | 00-0010936 | Walnut Valley Water  District | 471.85 |
| 001009 | 5/22/2018 | 00-0011041 | COSTCO WHOLESALE | 120.00 |
| 001010 | 5/22/2018 | 00-0012264 | ARAMARK Uniform Services | 60.00 |
| 001011 | 5/22/2018 | 00-0012665 | FIRST INSURANCE FUNDING CORP | 10,091.89 |
| 001012 | 5/22/2018 | 00-0013189 | GLOBALTRANZ ENTERPRISES. INC. | 431.05 |
| W00020 | 5/23/2018 | 00-0012032 | CARDMEMBER SERVICE | 3,851.70 |
| W00021 | 5/23/2018 | 00-0010734 | BANK OF AMERICA 15019  (5882/9004) | 1,500.00 |
| W00022 | 5/23/2018 | 00-0012702 | AMERICAN EXPRESS # 3007 | 1,064.01 |

# SOFA #4

| Date | Amount | Descriptions |
|---|---|---|
| 5/1/2017 | 21,132.50 | Loan Oak on Brian's house |
| 6/1/2017 | 21,132.50 | Loan Oak on Brian's house |
| 7/3/2017 | 21,132.50 | Loan Oak on Brian's house |
| 8/1/2017 | 21,132.50 | Loan Oak on Brian's house |
| 10/5/2017 | 13,837.35 | HSBC LOAN on Brian's house |
| 11/10/2017 | 13,837.35 | HSBC LOAN on Brian's house |
| 12/8/2017 | 13,837.35 | HSBC LOAN on Brian's house |
| 1/5/2018 | 13,837.35 | HSBC LOAN on Brian's house |
| 2/8/2018 | 13,837.35 | HSBC LOAN on Brian's house |
| 3/8/2018 | 13,837.35 | HSBC LOAN on Brian's house |
| 4/12/2018 | 13,837.35 | HSBC LOAN on Brian's house |
| 12/13/2017 | 8,492.92 | Computer Mortgage on Brian's house 2nd loan |
| 1/3/2018 | 8,492.92 | Computer Mortgage on Brian's house 2nd loan |
| 2/6/2018 | 8,492.92 | Computer Mortgage on Brian's house 2nd loan |
| 3/8/2018 | 8,492.92 | Computer Mortgage on Brian's house 2nd loan |
| 4/9/2018 | 8,492.92 | Computer Mortgage on Brian's house 2nd loan |
| 5/11/2018 | 8,492.92 | Computer Mortgage on Brian's house 2nd loan |

| Date | Amount | Descriptions |
|---|---|---|
| 1/2/2018 | 2,493.36 | Tesla Lease |
| 2/2/2018 | 2,493.36 | Tesla Lease |
| 3/2/2018 | 2,493.36 | Tesla Lease |
| 4/2/2018 | 2,493.36 | Tesla Lease |
| 5/2/2018 | 2,493.36 | Tesla Lease |
| | 12,466.80 | |

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

Non-Negotiable

Playhut, Inc.

004691328
05-18-2018

CoAdvantage Resources 16 Inc dba CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage Resources 16 Inc dba CoAdvantage - LOCN CA - AUTO (10932)

Voucher #: 013771 Build: RRT1583

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 05-18-2018 | 04-30-2018 | 05-13-2018 | 004691328 |

Federal Tax-Status S Allowances 2                         State Tax - Status S  Allowances 2

**CURRENT EARNINGS DETAIL**

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 05-13-2018 | Regular Pay | | | 11538.46 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 455.51 | 4555.10 |
| 401(K) | 346.15 | 3461.50 |
| DENTAL 125 | 34.29 | 342.90 |
| VISION SEC 1 | 4.67 | 46.70 |
| FEDERAL TAX | 2820.75 | 28309.72 |
| MEDICARE | 160.14 | 1601.38 |
| SOC SECURITY | 684.72 | 6847.27 |
| CA INCOME TAX | 1011.49 | 10114.90 |
| CA Disability | 110.44 | 1104.40 |

| Totals: | 11,538.46 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 02151 | 5,910.30 |

**Net Pay**

5910.30

**Net Pay YTD**

$59,000.73

| Totals: | 5,910.30 |
|---|---|

| Totals: | 5,628.16 | 56,383.87 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 111923.06 | Sick / Personal | 24.00 | Dental | 34.28 | 342.80 |
| Holiday Pay | 3461.54 | Vacation | 181.60 | Vision | 4.68 | 46.80 |
| | | | | ER Paid Life | 1.63 | 16.30 |
| | | | | Medical | 455.52 | 4555.20 |

| Totals: | $115,384.60 |
|---|---|

| Totals: | 496.11 | 4,961.10 |
|---|---|---|

Sort Order: 23                                   Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.

CoAdvantage Resources 16 Inc dba CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

004530403
04-06-2018

Non-Negotiable

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The Order Of:
Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage Resources 16 Inc dba CoAdvantage - LOCN CA - AUTO (10932)

Voucher #: 013640 Build: RRT1583

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 04-06-2018 | 03-19-2018 | 04-01-2018 | 004530403 |

Federal Tax-Status S Allowances 2

State Tax - Status S Allowances 2

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 04-01-2018 | Regular Pay | | | 11538.46 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 455.51 | 3188.57 |
| 401(K) | 346.15 | 2423.05 |
| DENTAL 125 | 34.29 | 240.03 |
| VISION SEC 1 | 4.67 | 32.69 |
| FEDERAL TAX | 2820.75 | 19847.47 |
| MEDICARE | 160.13 | 1120.96 |
| SOC SECURITY | 684.73 | 4793.09 |
| CA INCOME TAX | 1011.49 | 7080.43 |
| CA Disability | 110.44 | 773.08 |

| Totals: | 11,538.46 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 02151 | 5,910.30 |

**Net Pay**

5910.30

**Net Pay YTD**

$41,269.85

| Totals: | 5,910.30 |
|---|---|

| Totals: | 5,628.16 | 39,499.37 |
|---|---|---|

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Regular Pay | 77307.68 |
| Holiday Pay | 3461.54 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| Sick / Personal | 24.00 |
| Vacation | 181.60 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Dental | 34.28 | 239.96 |
| Vision | 4.68 | 32.76 |
| ER Paid Life | 1.63 | 11.41 |
| Medical | 455.52 | 3188.64 |

| Totals: | $80,769.22 |
|---|---|

| Totals: | 496.11 | 3,472.77 |
|---|---|---|

Sort Order: 26

Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

Playhut, Inc.

004481756
03-23-2018

CoAdvantage Resources 16 Inc dba CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

Processed by CoAdvantage

---

CoAdvantage Resources 16 Inc dba CoAdvantage - LOCN CA - AUTO (10932)

Voucher #: 013612 Build: RRT1583

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 03-23-2018 | 03-05-2018 | 03-18-2018 | 004481756 |

Federal Tax-Status S Allowances 2     State Tax - Status S Allowances 2

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 03-18-2018 | Regular Pay | | | 11538.46 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 455.51 | 2733.06 |
| 401(K) | 346.15 | 2076.90 |
| DENTAL 125 | 34.29 | 205.74 |
| VISION SEC 1 | 4.67 | 28.02 |
| FEDERAL TAX | 2820.75 | 17026.72 |
| MEDICARE | 160.14 | 960.83 |
| SOC SECURITY | 684.72 | 4108.36 |
| CA INCOME TAX | 1011.49 | 6068.94 |
| CA Disability | 110.44 | 662.64 |

| Totals: | 11,538.46 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 02151 | 5,910.30 |

**Net Pay**

5910.30

**Net Pay YTD**

$35,359.55

| Totals: | 5,910.30 |
|---|---|

| Totals: | 5,628.16 | 33,871.21 |
|---|---|---|

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Regular Pay | 65769.22 |
| Holiday Pay | 3461.54 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| Sick / Personal | 24.00 |
| Vacation | 181.60 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Dental | 34.28 | 205.68 |
| Vision | 4.68 | 28.08 |
| ER Paid Life | 1.63 | 9.78 |
| Medical | 455.52 | 2733.12 |

| Totals: | $69,230.76 |
|---|---|

| Totals: | 496.11 | 2,976.66 |
|---|---|---|

Sort Order: 27

Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playnut, Inc.

CoAdvantage Resources 16 Inc dba CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

004429643
03-09-2018

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage Resources 16 Inc dba CoAdvantage - LOCN CA - AUTO (10932)

Voucher #: 013496 Build: RRT1583

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 03-09-2018 | 02-19-2018 | 03-04-2018 | 004429643 |

Federal Tax-Status S Allowances 2

State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/ Units | Amount | Description | Amount | Y-T-D |
| 03-04-2018 | Regular Pay | | | 11538.46 | MEDICAL 125 | 455.51 | 2277.55 |
| | | | | | 401(K) | 346.15 | 1730.75 |
| | | | | | DENTAL 125 | 34.29 | 171.45 |
| | | | | | VISION SEC 1 | 4.67 | 23.35 |
| | | | | | FEDERAL TAX | 2820.75 | 14205.97 |
| | | | | | MEDICARE | 160.14 | 800.69 |
| | | | | | SOC SECURITY | 684.73 | 3423.64 |
| | | | | | CA INCOME TAX | 1011.49 | 5057.45 |
| | | | | | CA Disability | 110.44 | 552.20 |

| Totals: | | | | 11,538.46 |
|---|---|---|---|---|

| DIRECT DEPOSIT | | | **Net Pay** |
|---|---|---|---|
| Type | Account | Amount | |
| CHECKING | 02151 | 5,910.29 | 5910.29 |

**Net Pay YTD**

| Totals: | 5,910.29 | $29,449.25 | Totals: | 5,628.17 | 28,243.05 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 54230.76 | Sick / Personal | 24.00 | Dental | 34.28 | 171.40 |
| Holiday Pay | 3461.54 | Vacation | 181.60 | Vision | 4.68 | 23.40 |
| | | | | ER Paid Life | 1.63 | 8.15 |
| | | | | Medical | 455.52 | 2277.60 |

| Totals: | $57,692.30 | | Totals: | 496.11 | 2,480.55 |
|---|---|---|---|---|---|

Sort Order: 27

Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Non-Negotiable

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE. HOLD AT AN ANGLE TO VIEW.

Playhut, Inc.

CoAdvantage Resources 16 Inc dba CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

004377365
02-23-2018

AMOUNT

** VOID **

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

Non-Negotiable

---

CoAdvantage Resources 16 Inc dba CoAdvantage - LOCN CA - AUTO (10932)

Voucher #: 013437 Build: RRT1583

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 02-23-2018 | 02-05-2018 | 02-18-2018 | 004377365 |

Federal Tax-Status S Allowances 2 | State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|
| Charge Date | Description | Rate Hours/Units | Amount | Description | Amount | Y-T-D |
| 02-18-2018 | Regular Pay | | 11538.46 | MEDICAL 125 | 455.51 | 1822.04 |
| | | | | 401(K) | 346.15 | 1384.60 |
| | | | | DENTAL 125 | 34.29 | 137.16 |
| | | | | VISION SEC 1 | 4.67 | 18.68 |
| | | | | FEDERAL TAX | 2820.75 | 11385.22 |
| | | | | MEDICARE | 160.14 | 640.55 |
| | | | | SOC SECURITY | 684.73 | 2738.91 |
| | | | | CA INCOME TAX | 1011.49 | 4045.96 |
| | | | | CA Disability | 110.44 | 441.76 |

| Totals: | 11,538.46 |
|---|---|

| DIRECT DEPOSIT | | | Net Pay |
|---|---|---|---|
| Type | Account | Amount | |
| CHECKING | 02151 | 5,910.29 | 5910.29 |

Net Pay YTD

$23,538.96

| Totals: | | 5,910.29 | | Totals: | 5,628.17 | 22,614.88 |
|---|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 42692.30 | | | Dental | 34.28 | 137.12 |
| Holiday Pay | 3461.54 | Sick / Personal | 24.00 | Vision | 4.68 | 18.72 |
| | | Vacation | 181.60 | ER Paid Life | 1.63 | 6.52 |
| | | | | Medical | 455.52 | 1822.08 |

| Totals: | $46,153.84 | | | Totals: | 496.11 | 1,984.44 |
|---|---|---|---|---|---|---|

Sort Order: 27

Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.                                                                        004325111

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage                                     02-09-2018
3350 Buschwood Park Dr #200
Tampa, FL 33618

                                                                              AMOUNT

                                                                           ** VOID **

Pay: Non-negotiable

To The        Yu Zheng
Order         19901 TENNESSEE TRAIL
Of:           WALNUT, CA 91789

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage - LOCN CA - AUTO (10932)    Voucher #: 013408 Build: RRT1583

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu zheng - (J20122) | 02-09-2018 | 01-22-2018 | 02-04-2018 | 004325111 |

Federal Tax-Status S Allowances 2                          State Tax - Status S  Allowances 2

| Charge Date | Description | CURRENT EARNINGS DETAIL Rate Hours/ Units | Amount | DEDUCTIONS / TAXES Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|
| 02-04-2018 | Regular Pay | | 11538.46 | MEDICAL 125 | 455.51 | 1366.53 |
| | | | | 401(K) | 346.15 | 1038.45 |
| | | | | DENTAL 125 | 34.29 | 102.87 |
| | | | | VISION SEC 1 | 4.67 | 14.01 |
| | | | | FEDERAL TAX | 2820.75 | 8564.47 |
| | | | | MEDICARE | 160.13 | 480.41 |
| | | | | SOC SECURITY | 684.73 | 2054.18 |
| | | | | CA INCOME TAX | 1011.49 | 3034.47 |
| | | | | CA Disability | 110.44 | 331.32 |

| Totals: | 11,538.46 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 02151 | 5,910.30 | 5910.30 |

**Net Pay YTD**
$17,628.67

| Totals: | 5,910.30 | | Totals: | 5,628.16 | 16,986.71 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS Description | Amount | PAID TIME OFF Description | Balance | EMPLOYER CONTRIBUTIONS Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|
| Regular Pay | 31153.84 | Sick / Personal | 24.00 | Dental | 34.28 | 102.84 |
| Holiday Pay | 3461.54 | Vacation | 181.60 | Vision | 4.68 | 14.04 |
| | | | | ER Paid Life | 1.63 | 4.89 |
| | | | | Medical | 455.52 | 1366.56 |

| Totals: | $34,615.38 | | Totals: | 496.11 | 1,488.33 |
|---|---|---|---|---|---|

Sort Order: 27                                              Query: HRP_CHECKS.MVQ Version: Top 14.2.142

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

Playhut, Inc.                                                                                  004275062

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage                                              01-26-2018
3350 Buschwood Park Dr #200
Tampa, FL 33618

**AMOUNT**

** VOID **

Pay: Non-negotiable

Non-Negotiable

To The
Order
Of:
Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage - LOCN CA - AUTO (10932)      Voucher #: 013379 Build: RRT1583

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 01-26-2018 | 01-08-2018 | 01-21-2018 | 004275062 |

Federal Tax-Status S Allowances 2                              State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|
| Charge Date | Description | Rate Hours/ Units | Amount | Description | Amount | Y-T-D |
| 01-21-2018 | Regular Pay | | 11538.46 | MEDICAL 125 | 455.51 | 911.02 |
| | | | | 401(K) | 346.15 | 692.30 |
| | | | | DENTAL 125 | 34.29 | 68.58 |
| | | | | VISION SEC 1 | 4.67 | 9.34 |
| | | | | FEDERAL TAX | 2820.75 | 5743.72 |
| | | | | MEDICARE | 160.14 | 320.28 |
| | | | | SOC SECURITY | 684.72 | 1369.45 |
| | | | | CA INCOME TAX | 1011.49 | 2022.98 |
| | | | | CA Disability | 110.44 | 220.88 |

| Totals: | 11,538.46 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 02151 | 5,910.30 | 5910.30 |

**Net Pay YTD**
**$11,718.37**

| Totals: | 5,910.30 |
|---|---|

| Totals: | 5,628.16 | 11,358.55 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 19615.38 | Sick / Personal | 24.00 | Dental | 34.28 | 68.56 |
| Holiday Pay | 3461.54 | Vacation | 181.60 | Vision | 4.68 | 9.36 |
| | | | | ER Paid Life | 1.63 | 3.26 |
| | | | | Medical | 455.52 | 911.04 |

| Totals: | $23,076.92 |
|---|---|

| Totals: | 496.11 | 992.22 |
|---|---|---|

Sort Order: 27                                          Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW
Non-Negotiable

Playhut, Inc.

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

004226516
01-12-2018

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage - LOCN CA - AUTO (10932)      Voucher #: 013350 Build: RRT1583

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 01-12-2018 | 12-25-2017 | 01-07-2018 | 004226516 |

Federal Tax-Status S Allowances 2                    State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/ Units | Amount | Description | Amount | Y-T-D |

| Charge Date | Description | Amount | Description | Amount | Y-T-D |
|---|---|---|---|---|---|
| 01-07-2018 | Regular Pay | 8076.92 | MEDICAL 125 | 455.51 | 455.51 |
| 01-07-2018 | Holiday Pay | 3461.54 | 401(K) | 346.15 | 346.15 |
| | | | DENTAL 125 | 34.29 | 34.29 |
| | | | VISION SEC 1 | 4.67 | 4.67 |
| | | | FEDERAL TAX | 2922.97 | 2922.97 |
| | | | MEDICARE | 160.14 | 160.14 |
| | | | SOC SECURITY | 684.73 | 684.73 |
| | | | CA INCOME TAX | 1011.49 | 1011.49 |
| | | | CA Disability | 110.44 | 110.44 |

| Totals: | 11,538.46 |
|---|---|

| DIRECT DEPOSIT | | | Net Pay |
|---|---|---|---|
| Type | Account | Amount | 5808.07 |
| CHECKING | 02151 | 5,808.07 | |

| | | | Net Pay YTD |
|---|---|---|---|
| Totals: | 5,808.07 | | $5,808.07 |

| Totals: | 5,730.39 | 5,730.39 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 8076.92 | Sick / Personal | 24.00 | Dental | 34.28 | 34.28 |
| Holiday Pay | 3461.54 | Vacation | 181.60 | Vision | 4.68 | 4.68 |
| | | | | ER Paid Life | 1.63 | 1.63 |
| | | | | Medical | 455.52 | 455.52 |

| Totals: | $11,538.46 | | Totals: | 496.11 | 496.11 |
|---|---|---|---|---|---|

Sort Order: 27                    Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

Playhut, Inc.                                                                    004170456

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage                                12-29-2017
3350 Buschwood Park Dr #200
Tampa, FL 33618

AMOUNT

** VOID **

Pay: Non-negotiable

To The      Yu Zheng
Order       19901 TENNESSEE TRAIL
Of:         WALNUT, CA 91789

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage - LOCN CA - AUTO (10932)      Voucher #: 013320 Build: CPR764.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 12-29-2017 | 12-11-2017 | 12-24-2017 | 004170456 |

Federal Tax-Status S Allowances 2                                State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/ Units | Amount | Description | Amount | Y-T-D |

| Charge Date | Description | Rate Hours/Units | Amount | | Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|
| 12-24-2017 | Regular Pay | | 11538.46 | | 401(K) | 346.15 | 3115.35 |
| | | | | | VISION SEC 1 | 0.00 | 112.08 |
| | | | | | MEDICAL 125 | 0.00 | 9151.32 |
| | | | | | DENTAL 125 | 0.00 | 805.50 |
| | | | | | FEDERAL TAX | 2922.97 | 72862.25 |
| | | | | | MEDICARE | 271.15 | 4651.84 |
| | | | | | SOC SECURITY | 0.00 | 7886.40 |
| | | | | | CA INCOME TAX | 1018.00 | 25469.06 |
| | | | | | CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

| DIRECT DEPOSIT | | | Net Pay |
|---|---|---|---|
| Type | Account | Amount | |
| CHECKING | 02151 | 6,980.19 | 6980.19 |

Net Pay YTD
$159,563.40

| Totals: | 6,980.19 | | Totals: | 4,558.27 | 125,051.92 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 284615.32 | Sick / Personal | 24.00 | Dental | 0.00 | 805.44 |
| | | Vacation | 181.60 | Kaiser High Pla | 0.00 | 6418.44 |
| | | | | Vision | 0.00 | 112.32 |
| | | | | ER Paid Life | 0.00 | 39.12 |
| | | | | Medical | 0.00 | 2733.12 |

| Totals: | $284,615.32 | | | | Totals: | 0.00 | 10,108.44 |
|---|---|---|---|---|---|---|---|

Sort Order: 27                                          Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

004116709
12-15-2017

**AMOUNT**

** VOID **

Pay: Non-negotiable

Non-Negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

Processed by CoAdvantage

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage – LOCN CA – AUTO (10932)    Voucher #: 013251 Build: CPR750

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 12-15-2017 | 11-27-2017 | 12-10-2017 | 004116709 |

Federal Tax-Status S Allowances 2                         State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/ Units | Amount | Description | Amount | Y-T-D |
| 12-10-2017 | Regular Pay | | | 11538.46 | MEDICAL 125 | 455.51 | 9151.32 |
| | | | | | 401(K) | 346.15 | 2769.20 |
| | | | | | DENTAL 125 | 34.29 | 805.50 |
| | | | | | VISION SEC 1 | 4.67 | 112.08 |
| | | | | | FEDERAL TAX | 2922.97 | 69939.28 |
| | | | | | MEDICARE | 259.54 | 4380.69 |
| | | | | | SOC SECURITY | 0.00 | 7886.40 |
| | | | | | CA INCOME TAX | 1018.00 | 24451.06 |
| | | | | | CA Disability | 0.00 | 998.12 |

| Totals: | | | | 11,538.46 | | | |

| Type | DIRECT DEPOSIT Account | | Amount | Net Pay |
|---|---|---|---|---|
| CHECKING | 02151 | | 6,497.33 | 6497.33 |

Net Pay YTD
$152,583.21

| Totals: | 6,497.33 | | Totals: | 5,041.13 | 120,493.65 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 273076.86 | Sick / Personal | 24.00 | Dental | 34.28 | 805.44 |
| | | Vacation | 181.60 | Kaiser High Pla | 0.00 | 6418.44 |
| | | | | Vision | 4.68 | 112.32 |
| | | | | ER Paid Life | 1.63 | 39.12 |
| | | | | Medical | 455.52 | 2733.12 |

| Totals: | $273,076.86 | | | Totals: | 496.11 | 10,108.44 |
|---|---|---|---|---|---|---|

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE. HOLD AT AN ANGLE TO VIEW.
Non-Negotiable

Playhut, Inc.

004069043

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

12-01-2017

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:
Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage - LOCN CA - AUTO (10932)        Voucher #: 013223 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 12-01-2017 | 11-13-2017 | 11-26-2017 | 004069043 |

Federal Tax-Status S Allowances 2                                    State Tax - Status S  Allowances 2

| Charge Date | Description | Rate | Hours/ Units | Amount | | Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|
| | CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
| 11-26-2017 | Regular Pay | | | 11538.46 | | MEDICAL 125 | 455.51 | 8695.81 |
| | | | | | | 401(K) | 346.15 | 2423.05 |
| | | | | | | DENTAL 125 | 34.29 | 771.21 |
| | | | | | | VISION SEC 1 | 4.67 | 107.41 |
| | | | | | | FEDERAL TAX | 2922.97 | 67016.31 |
| | | | | | | MEDICARE | 259.53 | 4121.15 |
| | | | | | | SOC SECURITY | 0.00 | 7886.40 |
| | | | | | | CA INCOME TAX | 1018.00 | 23433.06 |
| | | | | | | CA Disability | 0.00 | 998.12 |

| Totals: | | | | 11,538.46 |
|---|---|---|---|---|

| Type | DIRECT DEPOSIT Account | | Amount |
|---|---|---|---|
| CHECKING | 02151 | | 6,497.34 |

**Net Pay**

6497.34

**Net Pay YTD**

$146,085.88

| Totals: | | | 6,497.34 |
|---|---|---|---|

| Totals: | | 5,041.12 | 115,452.52 |
|---|---|---|---|

| Description | Y-T-D EARNINGS Amount | Description | PAID TIME OFF Balance | Description | EMPLOYER CONTRIBUTIONS Amount | Y-T-D |
|---|---|---|---|---|---|---|
| Regular Pay | 261538.40 | Sick / Personal | 24.00 | Dental | 34.28 | 771.16 |
| | | Vacation | 181.60 | Kaiser High Pla | 0.00 | 6418.44 |
| | | | | Vision | 4.68 | 107.64 |
| | | | | ER Paid Life | 1.63 | 37.49 |
| | | | | Medical | 455.52 | 2277.60 |

| Totals: | $261,538.40 | | | Totals: | 496.11 | 9,612.33 |
|---|---|---|---|---|---|---|

Sort Order: 26                                          Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

Playhut, Inc.                                                                    004010157

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage                            11-17-2017
3350 Buschwood Park Dr #200
Tampa, FL 33618

                                                                            AMOUNT

                                                                        ** VOID **

Pay:  Non-negotiable

To The    Yu Zheng
Order     19901 TENNESSEE TRAIL
Of:       WALNUT, CA 91789

Non-Negotiable

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage - LOCN CA - AUTO (10932)    Voucher #: 013195 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 11-17-2017 | 10-30-2017 | 11-12-2017 | 004010157 |

Federal Tax-Status S Allowances 2                          State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|
| Charge Date | Description | Rate Hours/ Units | Amount | Description | Amount | Y-T-D |
| 11-12-2017 | Regular Pay | | 11538.46 | MEDICAL 125 | 455.51 | 8240.30 |
| | | | | 401(K) | 346.15 | 2076.90 |
| | | | | DENTAL 125 | 34.29 | 736.92 |
| | | | | VISION SEC 1 | 4.67 | 102.74 |
| | | | | FEDERAL TAX | 2922.97 | 64093.34 |
| | | | | MEDICARE | 259.53 | 3861.62 |
| | | | | SOC SECURITY | 0.00 | 7886.40 |
| | | | | CA INCOME TAX | 1018.00 | 22415.06 |
| | | | | CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 02151 | 6,497.34 | 6497.34 |

Net Pay YTD
$139,588.54

| Totals: | 6,497.34 |   | Totals: | 5,041.12 | 110,411.40 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 249999.94 | Sick / Personal | 24.00 | Dental | 34.28 | 736.88 |
| | | Vacation | 181.60 | Kaiser High Pla | 0.00 | 6418.44 |
| | | | | Vision | 4.68 | 102.96 |
| | | | | ER Paid Life | 1.63 | 35.86 |
| | | | | Medical | 455.52 | 1822.08 |

| Totals: | $249,999.94 |   | Totals: | 496.11 | 9,116.22 |
|---|---|---|---|---|---|

Sort Order: 26                                         Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE. HOLD AT AN ANGLE TO VIEW.

Non-Negotiable

Playhut, Inc.

003953606

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

11-03-2017

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

*Property of CoAdvantage*

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage – LOCN CA – AUTO (10932)    Voucher #: 013165 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng – (J20122) | 11-03-2017 | 10-16-2017 | 10-29-2017 | 003953606 |

Federal Tax–Status S Allowances 2                                      State Tax – Status S  Allowances 2

| Charge Date | Description | Rate | Hours/ Units | Amount | | Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|
| | **CURRENT EARNINGS DETAIL** | | | | | **DEDUCTIONS / TAXES** | | |
| 10-29-2017 | Regular Pay | | | 11538.46 | | MEDICAL 125 | 911.02 | 7784.79 |
| | | | | | | 401(K) | 346.15 | 1730.75 |
| | | | | | | DENTAL 125 | 34.29 | 702.63 |
| | | | | | | VISION SEC 1 | 4.67 | 98.07 |
| | | | | | | FEDERAL TAX | 2922.97 | 61170.37 |
| | | | | | | MEDICARE | 248.83 | 3602.09 |
| | | | | | | SOC SECURITY | 0.00 | 7886.40 |
| | | | | | | CA INCOME TAX | 1018.00 | 21397.06 |
| | | | | | | CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | **Net Pay** |
|---|---|---|---|
| CHECKING | 02151 | 6,052.53 | 6052.53 |
| | | | **Net Pay YTD** |
| | | | $133,091.20 |

| Totals: | | 6,052.53 | | Totals: | 5,485.93 | 105,370.28 |
|---|---|---|---|---|---|---|

| | **Y-T-D EARNINGS** | | **PAID TIME OFF** | | | **EMPLOYER CONTRIBUTIONS** | |
|---|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 238461.48 | Sick / Personal | 24.00 | Dental | 34.28 | 702.60 |
| | | Vacation | 181.60 | Kaiser High Pla | 0.00 | 6418.44 |
| | | | | Vision | 4.68 | 98.28 |
| | | | | ER Paid Life | 1.63 | 34.23 |
| | | | | Medical | 911.04 | 1366.56 |

| Totals: | $238,461.48 | | | Totals: | 951.63 | 8,620.11 |
|---|---|---|---|---|---|---|

Sort Order: 25                                          Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

003902628
10-20-2017

**AMOUNT**

** VOID **

Non-Negotiable

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

Processed by COADVANTAGE

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage - LOCN CA - AUTO (10932)    Voucher #: 013138 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 10-20-2017 | 10-02-2017 | 10-15-2017 | 003902628 |

Federal Tax-Status S Allowances 2 | State Tax - Status S  Allowances 2

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 10-15-2017 | Regular Pay | | | 11538.46 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 455.51 | 6873.77 |
| 401(K) | 346.15 | 1384.60 |
| DENTAL 125 | 34.29 | 668.34 |
| VISION SEC 1 | 4.67 | 93.40 |
| FEDERAL TAX | 2922.97 | 58247.40 |
| MEDICARE | 259.54 | 3353.26 |
| SOC SECURITY | 0.00 | 7886.40 |
| CA INCOME TAX | 1018.00 | 20379.06 |
| CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02151 | 6,497.33 |

**Net Pay**
6497.33

**Net Pay YTD**
$127,038.67

| Totals: | 6,497.33 |
|---|---|

| Totals: | 5,041.13 | 99,884.35 |
|---|---|---|

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Regular Pay | 226923.02 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| Sick / Personal | 24.00 |
| Vacation | 181.60 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Dental | 34.28 | 668.32 |
| Kaiser High Pla | 0.00 | 6418.44 |
| Vision | 4.68 | 93.60 |
| ER Paid Life | 1.63 | 32.60 |
| Medical | 455.52 | 455.52 |

| Totals: | $226,923.02 | | Totals: | 496.11 | 7,668.48 |
|---|---|---|---|---|---|

Sort Order: 25    Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

003852492
10-06-2017

AMOUNT

** VOID **

Pay: Non-negotiable

To The
Order
Of:
Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

Non-Negotiable
Processed by CoAdvantage

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage - LOCN CA - AUTO (10932)     Voucher #: 013105 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 10-06-2017 | 09-18-2017 | 10-01-2017 | 003852492 |

Federal Tax-Status S Allowances 2                                    State Tax - Status S  Allowances 2

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 10-01-2017 | Regular Pay | | | 11538.46 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| 401(K) | 346.15 | 1038.45 |
| DENTAL 125 | 34.29 | 634.05 |
| VISION SEC 1 | 4.67 | 88.73 |
| MEDICAL 125 | 0.00 | 6418.26 |
| FEDERAL TAX | 2922.97 | 55324.43 |
| MEDICARE | 240.93 | 3093.72 |
| SOC SECURITY | 0.00 | 7886.40 |
| CA INCOME TAX | 1018.00 | 19361.06 |
| CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02151 | 6,971.45 |

**Net Pay**
6971.45

**Net Pay YTD**
$120,541.34

| Totals: | 6,971.45 |
|---|---|

| Totals: | 4,567.01 | 94,843.22 |
|---|---|---|

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Regular Pay | 215384.56 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| Sick / Personal | 24.00 |
| Vacation | 181.60 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Dental | 34.28 | 634.04 |
| Kaiser High Pla | 0.00 | 6418.44 |
| Vision | 4.68 | 88.92 |
| ER Paid Life | 1.63 | 30.97 |

| Totals: | $215,384.56 | | Totals: | 40.59 | 7,172.37 |
|---|---|---|---|---|---|

Sort Order: 26                                    Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK HOLD AT AN ANGLE TO VIEW WHEN CHECKING

Non-Negotiable

Processed by CoAdvantage

Playhut, Inc.

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

003809651
09-22-2017

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage Resources 16, Inc. d/b/a CoAdvantage – LOCN CA – AUTO (10932)    Voucher #: 013068 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng – (J20122) | 09-22-2017 | 09-04-2017 | 09-17-2017 | 003809651 |

Federal Tax-Status S Allowances 2      State Tax – Status S Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/ Units | Amount | Description | Amount | Y-T-D |
| 09-17-2017 | Regular Pay | | | 11538.46 | MEDICAL 125 | 356.57 | 6418.26 |
| | | | | | 401(K) | 346.15 | 692.30 |
| | | | | | DENTAL 125 | 33.32 | 599.76 |
| | | | | | VISION SEC 1 | 4.67 | 84.06 |
| | | | | | FEDERAL TAX | 2922.97 | 52401.46 |
| | | | | | MEDICARE | 161.59 | 2852.79 |
| | | | | | SOC SECURITY | 0.00 | 7886.40 |
| | | | | | CA INCOME TAX | 1018.00 | 18343.06 |
| | | | | | CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 02151 | 6,695.19 | 6695.19 |

**Net Pay YTD**

$113,569.89

| Totals: | 6,695.19 | | Totals: | 4,843.27 | 90,276.21 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 203846.10 | Sick / Personal | 24.00 | Dental | 33.32 | 599.76 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 6418.44 |
| | | | | Vision | 4.68 | 84.24 |
| | | | | ER Paid Life | 1.63 | 29.34 |

| Totals: | $203,846.10 | | Totals: | 396.21 | 7,131.78 |
|---|---|---|---|---|---|

Sort Order: 27        Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.

CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

003697885
08-25-2017

**AMOUNT**

** VOID **

Pay: Non-negotiable

Non-Negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                    Voucher #: 012921 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng (J20122) | 08-25-2017 | 08-07-2017 | 08-20-2017 | 003697885 |

Federal Tax-Status S Allowances 2                         State Tax - Status S  Allowances 2

**CURRENT EARNINGS DETAIL**

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 08-20-2017 | Regular Pay | | | 11538.46 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 356.57 | 5705.12 |
| DENTAL 125 | 33.32 | 533.12 |
| VISION SEC 1 | 4.67 | 74.72 |
| FEDERAL TAX | 3037.20 | 46555.52 |
| MEDICARE | 161.59 | 2529.62 |
| SOC SECURITY | 0.00 | 7886.40 |
| CA INCOME TAX | 1057.22 | 16307.06 |
| CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02151 | 6,887.89 |

**Net Pay**

6887.89

**Net Pay YTD**

$100,179.50

| Totals: | 6,887.89 |
|---|---|

| Totals: | 4,650.57 | 80,589.68 |
|---|---|---|

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| Regular Pay | 180769.18 |

**PAID TIME OFF**

| Description | Balance |
|---|---|
| Sick / Personal | 24.00 |
| Vacation | 181.60 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| Dental | 33.32 | 533.12 |
| Kaiser High Pla | 356.58 | 5705.28 |
| Vision | 4.68 | 74.88 |
| ER Paid Life | 1.63 | 26.08 |

| Totals: | $180,769.18 | | Totals: | 396.21 | 6,339.36 |
|---|---|---|---|---|---|

Sort Order: 29                                    Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

Playhut, Inc.

CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

003646746
08-11-2017

**Non-Negotiable**

AMOUNT

** VOID **

Pay:    Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

Powered by COADVANTAGE

---

CoAdvantage - LOCN CA - AUTO (10932)                    Voucher #: 012887 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 08-11-2017 | 07-24-2017 | 08-06-2017 | 003646746 |

Federal Tax-Status S Allowances 2                  State Tax - Status S  Allowances 2

**CURRENT EARNINGS DETAIL**

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 08-06-2017 | Regular Pay | | | 11538.46 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 356.57 | 5348.55 |
| DENTAL 125 | 33.32 | 499.80 |
| VISION SEC 1 | 4.67 | 70.05 |
| FEDERAL TAX | 3037.20 | 43518.32 |
| MEDICARE | 161.59 | 2368.03 |
| SOC SECURITY | 0.00 | 7886.40 |
| CA INCOME TAX | 1057.22 | 15249.84 |
| CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02151 | 6,887.89 |

Net Pay
6887.89

Net Pay YTD
$93,291.61

| Totals: | 6,887.89 |
|---|---|

| Totals: | 4,650.57 | 75,939.11 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 169230.72 | Sick / Personal | 24.00 | Dental | 33.32 | 499.80 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 5348.70 |
| | | | | Vision | 4.68 | 70.20 |
| | | | | ER Paid Life | 1.63 | 24.45 |

| Totals: | $169,230.72 | | | Totals: | 396.21 | 5,943.15 |
|---|---|---|---|---|---|---|

Sort Order: 32                                Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.                                                                     003599760

CoAdvantage                                                                      07-28-2017
3350 Buschwood Park Dr #200
Tampa, FL 33618

Non-Negotiable

                                                                          AMOUNT

                                                                    ** VOID **

Pay: Non-negotiable

To The      Yu Zheng
Order       19901 TENNESSEE TRAIL
Of:         WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                        Voucher #: 012822 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 07-28-2017 | 07-10-2017 | 07-23-2017 | 003599760 |

Federal Tax-Status S Allowances 2                          State Tax - Status S   Allowances 2

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 07-23-2017 | Regular Pay | | | 11538.46 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 356.57 | 4991.98 |
| DENTAL 125 | 33.32 | 466.48 |
| VISION SEC 1 | 4.67 | 65.38 |
| FEDERAL TAX | 3037.20 | 40481.12 |
| MEDICARE | 161.58 | 2206.44 |
| SOC SECURITY | 0.00 | 7886.40 |
| CA INCOME TAX | 1057.22 | 14192.62 |
| CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02151 | 6,887.90 |

**Net Pay**
6887.90

**Net Pay YTD**
$86,403.72

| Totals: | 6,887.90 |
|---|---|

| Totals: | 4,650.56 | 71,288.54 |
|---|---|---|

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Regular Pay | 157692.26 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| Sick / Personal | 24.00 |
| Vacation | 181.60 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Dental | 33.32 | 466.48 |
| Kaiser High Pla | 356.58 | 4992.12 |
| Vision | 4.68 | 65.52 |
| ER Paid Life | 1.63 | 22.82 |

| Totals: | $157,692.26 |
|---|---|

| Totals: | 396.21 | 5,546.94 |
|---|---|---|

Sort Order: 29                                Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.

CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

003550984
07-14-2017

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                    Voucher #: 012760 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 07-14-2017 | 06-26-2017 | 07-09-2017 | 003550984 |

Federal Tax-Status S Allowances 2                    State Tax - Status S  Allowances 2

## CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 07-09-2017 | Regular Pay | | | 11538.46 |

## DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 356.57 | 4635.41 |
| DENTAL 125 | 33.32 | 433.16 |
| VISION SEC 1 | 4.67 | 60.71 |
| FEDERAL TAX | 3037.20 | 37443.92 |
| MEDICARE | 161.59 | 2044.86 |
| SOC SECURITY | 0.00 | 7886.40 |
| CA INCOME TAX | 1057.22 | 13135.40 |
| CA Disability | 0.00 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

## DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02151 | 6,887.89 |

**Net Pay**
6887.89

**Net Pay YTD**
$79,515.82

| Totals: | 6,887.89 |
|---|---|

| Totals: | 4,650.57 | 66,637.98 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 146153.80 | Sick / Personal | 24.00 | Dental | 33.32 | 433.16 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 4635.54 |
| | | | | Vision | 4.68 | 60.84 |
| | | | | ER Paid Life | 1.63 | 21.19 |

| Totals: | $146,153.80 |
|---|---|

| Totals: | 396.21 | 5,150.73 |
|---|---|---|

Sort Order: 29                    Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW
Non-Negotiable

Playhut, Inc.                                                                003494173
                                                                            06-30-2017
CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

                                                                            AMOUNT
                                                                        ** VOID **

Pay:  Non-negotiable.

To The        Yu Zheng
Order         19901 TENNESSEE TRAIL
Of:           WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                    Voucher #: 012665 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 06-30-2017 | 06-12-2017 | 06-25-2017 | 003494173 |

Federal Tax-Status S Allowances 2                       State Tax - Status S  Allowances 2

| Charge Date | Description | CURRENT EARNINGS DETAIL Rate | Hours/ Units | Amount | | DEDUCTIONS / TAXES Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|
| 06-25-2017 | Regular Pay | | | 11538.46 | | VISION SEC 1 | 0.00 | 56.04 |
| | | | | | | MEDICAL 125 | 0.00 | 4278.84 |
| | | | | | | DENTAL 125 | 0.00 | 399.84 |
| | | | | | | FEDERAL TAX | 3037.20 | 34406.72 |
| | | | | | | MEDICARE | 167.31 | 1883.27 |
| | | | | | | SOC SECURITY | 549.19 | 7886.40 |
| | | | | | | CA INCOME TAX | 1057.22 | 12078.18 |
| | | | | | | CA Disability | 0.00 | 998.12 |

| Totals: | | | | 11,538.46 | | | | |

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 02151 | 6,727.54 | 6727.54 |

Net Pay YTD
$72,627.93

| Totals: | | 6,727.54 | | Totals: | 4,810.92 | 61,987.41 |
|---|---|---|---|---|---|---|

| Y-T-D EARNINGS Description | Amount | PAID TIME OFF Description | Balance | EMPLOYER CONTRIBUTIONS Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|
| Regular Pay | 134615.34 | Sick / Personal | 24.00 | Dental | 0.00 | 399.84 |
| | | Vacation | 181.60 | Kaiser High Pla | 0.00 | 4278.96 |
| | | | | Vision | 0.00 | 56.16 |
| | | | | ER Paid Life | 0.00 | 19.56 |

| Totals: | $134,615.34 | | | Totals: | 0.00 | 4,754.52 |

Sort Order: 30                                          Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.

003444113

CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

06-16-2017

**AMOUNT**

** VOID **

**Pay:** Non-negotiable

Non-Negotiable

**To The
Order
Of:**

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                     Voucher #: 012569 Build: CPR748.1

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 06-16-2017 | 05-29-2017 | 06-11-2017 | 003444113 |

Federal Tax-Status S Allowances 2                     State Tax - Status S   Allowances 2

| Charge Date | Description | CURRENT EARNINGS DETAIL Rate Hours/ Units | Amount |
|---|---|---|---|
| 06-11-2017 | Regular Pay | | 11538.46 |

| DEDUCTIONS / TAXES Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 356.57 | 4278.84 |
| DENTAL 125 | 33.32 | 399.84 |
| VISION SEC 1 | 4.67 | 56.04 |
| FEDERAL TAX | 3037.20 | 31369.52 |
| MEDICARE | 161.59 | 1715.96 |
| SOC SECURITY | 690.92 | 7337.21 |
| CA INCOME TAX | 1057.22 | 11020.96 |
| CA Disability | 33.30 | 998.12 |

| Totals: | 11,538.46 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 02151 | 6,163.67 | 6163.67 |

Net Pay YTD
$65,900.39

| Totals: | 6,163.67 |
|---|---|

| Totals: | 5,374.79 | 57,176.49 |
|---|---|---|

| Y-T-D EARNINGS Description | Amount | PAID TIME OFF Description | Balance | EMPLOYER CONTRIBUTIONS Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|
| Regular Pay | 123076.88 | Sick / Personal | 24.00 | Dental | 33.32 | 399.84 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 4278.96 |
| | | | | Vision | 4.68 | 56.16 |
| | | | | ER Paid Life | 1.63 | 19.56 |

| Totals: | $123,076.88 | | | Totals: | 396.21 | 4,754.52 |
|---|---|---|---|---|---|---|

Best wishes for a Happy Birthday!

Sort Order: 30                     Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

CoAdvantage - LOCN CA - AUTO (10932)                          Voucher #: 012497 Build: CMP52

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 05-19-2017 | 05-01-2017 | 05-14-2017 | 000923156 |

Federal Tax-Status S Allowances 2                    State Tax - Status S  Allowances 2

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate Hours/ Units | Amount |
|---|---|---|---|
| 05-14-2017 | Regular Pay | | 11538.46 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 356.57 | 3565.70 |
| DENTAL 125 | 33.32 | 333.20 |
| VISION SEC 1 | 4.67 | 46.70 |
| FEDERAL TAX | 3037.20 | 25295.12 |
| MEDICARE | 161.59 | 1392.79 |
| SOC SECURITY | 690.92 | 5955.37 |
| CA INCOME TAX | 1057.22 | 8906.52 |
| CA Disability | 100.30 | 864.52 |

**Totals:**  11,538.46

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02151 | 0.00 |

**Net Pay**
6096.67

**Net Pay YTD**
$53,640.04

**Totals:**  0.00

**Totals:**  5,441.79    46,359.92

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Regular Pay | 99999.96 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| Sick / Perso | 24.00 |
| Vacation | 181.60 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Dental | 33.32 | 333.20 |
| Kaiser High Pla | 356.58 | 3565.80 |
| Vision | 4.68 | 46.80 |
| ER Paid Life | 1.63 | 16.30 |

**Totals:**  $99,999.96

**Totals:**  396.21    3,962.10

Sort Order: 28

Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW
Non-Negotiable

Playhut, Inc.

CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

003297347
05-05-2017

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:

Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                    Voucher #: 012427 Build: CMP52

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 05-05-2017 | 04-17-2017 | 04-30-2017 | 003297347 |

Federal Tax-Status S Allowances 2                    State Tax - Status S  Allowances 2

**CURRENT EARNINGS DETAIL**

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 04-30-2017 | Regular Pay | | | 11538.46 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 356.57 | 3209.13 |
| DENTAL 125 | 33.32 | 299.88 |
| VISION SEC 1 | 4.67 | 42.03 |
| FEDERAL TAX | 3037.20 | 22257.92 |
| MEDICARE | 161.58 | 1231.20 |
| SOC SECURITY | 690.92 | 5264.45 |
| CA INCOME TAX | 1057.22 | 7849.30 |
| CA Disability | 100.30 | 764.22 |

| Totals: | 11,538.46 |
|---|---|

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 77314 | 6,096.68 |

**Net Pay**
6096.68

**Net Pay YTD**
$47,543.37

| Totals: | 6,096.68 |
|---|---|

| Totals: | 5,441.78 | 40,918.13 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 88461.50 | Sick / Perso | 24.00 | Dental | 33.32 | 299.88 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 3209.22 |
| | | | | Vision | 4.68 | 42.12 |
| | | | | ER Paid Life | 1.63 | 14.67 |

| Totals: | $88,461.50 |
|---|---|

| Totals: | 396.21 | 3,565.89 |
|---|---|---|

Sort Order: 26                    Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

Playhut, Inc.

003245948

CoAdvantage
3350 Buschwood Park Dr #200
Tampa, FL 33618

04-21-2017

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The
Order
Of:
Yu Zheng
19901 TENNESSEE TRAIL
WALNUT, CA 91789

Non-Negotiable

---

CoAdvantage - LOCN CA - AUTO (10932)

Voucher #: 012398 Build: CMP52

| Employee Information | Check Date | Period Start Date | Period End Date | Check NO |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 04-21-2017 | 04-03-2017 | 04-16-2017 | 003245948 |

Federal Tax-Status S Allowances 2

State Tax - Status S  Allowances 2

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 04-16-2017 | Regular Pay | | | 9615.38 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 356.57 | 2852.56 |
| DENTAL 125 | 33.32 | 266.56 |
| VISION SEC 1 | 4.67 | 37.36 |
| FEDERAL TAX | 2402.59 | 19220.72 |
| MEDICARE | 133.71 | 1069.62 |
| SOC SECURITY | 571.69 | 4573.53 |
| CA INCOME TAX | 849.01 | 6792.08 |
| CA Disability | 82.99 | 663.92 |

| Totals: | 9,615.38 |
|---|---|

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 77314 | 5,180.83 |

**Net Pay**
5180.83

**Net Pay YTD**
$41,446.69

| Totals: | 5,180.83 |
|---|---|

| Totals: | 4,434.55 | 35,476.35 |
|---|---|---|

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Regular Pay | 76923.04 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| Sick / Perso | 24.00 |
| Vacation | 181.60 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Dental | 33.32 | 266.56 |
| Kaiser High Pla | 356.58 | 2852.64 |
| Vision | 4.68 | 37.44 |
| ER Paid Life | 1.63 | 13.04 |

| Totals: | $76,923.04 |
|---|---|

| Totals: | 396.21 | 3,169.68 |
|---|---|---|

Sort Order: 28

Query: HRP_CHECKS.MVQ Version: Top 14.2.142a

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

Playhut, Inc.                                                                003195291

CoAdvantage                                                                 04-07-2017
3350 Buschwood Park Dr #200
Tampa, FL 33618

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The        Yu Zheng
Order         19901 TENNESSEE TRAIL
Of:           WALNUT, CA 91789

N·n-Negotiable

---

CoAdvantage - LOCN CA - AUTO (10932)                     Voucher #: 012346 Build: CMP52

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 04-07-2017 | 03-20-2017 | 04-02-2017 | 003195291 |

Federal Tax-Status S  Allowances 2                    State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/ Units | Amount | Description | Amount | Y-T-D |
| 04-02-2017 | Regular Pay | | | 9615.38 | MEDICAL 125 | 356.57 | 2495.99 |
| | | | | | DENTAL 125 | 33.32 | 233.24 |
| | | | | | VISION SEC 1 | 4.67 | 32.69 |
| | | | | | FEDERAL TAX | 2402.59 | 16818.13 |
| | | | | | MEDICARE | 133.70 | 935.91 |
| | | | | | SOC SECURITY | 571.69 | 4001.84 |
| | | | | | CA INCOME TAX | 849.01 | 5943.07 |
| | | | | | CA Disability | 82.99 | 580.93 |

| Totals: | 9,615.38 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 77314 | 5,180.84 | 5180.84 |

**Net Pay YTD**
$36,265.86

| Totals: | 5,180.84 | | Totals: | 4,434.54 | 31,041.80 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 67307.66 | Sick / Perso | 24.00 | Dental | 33.32 | 233.24 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 2496.06 |
| | | | | Vision | 4.68 | 32.76 |
| | | | | ER Paid Life | 1.63 | 11.41 |

| Totals: | $67,307.66 | | Totals: | 396.21 | 2,773.47 |
|---|---|---|---|---|---|

Sort Order: 30                                    Query: HRP_CHECKS.MVQ Version: Top 14.2.142

Playhut, Inc.                                                              003150441

CoAdvantage                                                               03-24-2017
3350 Buschwood Park Dr #200
Tampa, FL 33618

                                                                          **  VOID  **

                                                                          AMOUNT

Pay: Non-negotiable

To The      Yu Zheng
Order       19901 TENNESSEE TRAIL
Of:         WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                    Voucher #: 012116 Build: CMP52

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 03-24-2017 | 03-06-2017 | 03-19-2017 | 003150441 |

Federal Tax-Status S Allowances 2                        State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|
| Charge Date | Description | Rate Hours/ Units | Amount | Description | Amount | Y-T-D |
| 03-19-2017 | Regular Pay | | 9615.38 | MEDICAL 125 | 356.57 | 2139.42 |
| | | | | DENTAL 125 | 33.32 | 199.92 |
| | | | | VISION SEC 1 | 4.67 | 28.02 |
| | | | | FEDERAL TAX | 2402.59 | 14415.54 |
| | | | | MEDICARE | 133.70 | 802.21 |
| | | | | SOC SECURITY | 571.70 | 3430.15 |
| | | | | CA INCOME TAX | 849.01 | 5094.06 |
| | | | | CA Disability | 82.99 | 497.94 |

| Totals: | 9,615.38 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 77314 | 5,180.83 | 5180.83 |

Net Pay YTD
$31,085.02

| Totals: | 5,180.83 | | Totals: | 4,434.55 | 26,607.26 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 57692.28 | Sick / Perso | 24.00 | Dental | 33.32 | 199.92 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 2139.48 |
| | | | | Vision | 4.68 | 28.08 |
| | | | | ER Paid Life | 1.63 | 9.78 |

| Totals: | $57,692.28 | | Totals: | 396.21 | 2,377.26 |
|---|---|---|---|---|---|

Sort Order: 28                                    Query: HRP_CHECKS.MVQ Version: Top 14.2.142

Playhut, Inc.                                                                    003101731

CoAdvantage                                                                     03-10-2017
3350 Buschwood Park Dr #200
Tampa, FL 33618

**AMOUNT**

** VOID **

Pay: Non-negotiable

To The     Yu Zheng
Order      19901 TENNESSEE TRAIL
Of:        WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                    Voucher #: 012055 Build: CMP52

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 03-10-2017 | 02-20-2017 | 03-05-2017 | 003101731 |

Federal Tax-Status S Allowances 2                    State Tax - Status S  Allowances 2

**CURRENT EARNINGS DETAIL**

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 03-05-2017 | Regular Pay | | | 9615.38 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL 125 | 356.57 | 1782.85 |
| DENTAL 125 | 33.32 | 166.60 |
| VISION SEC 1 | 4.67 | 23.35 |
| FEDERAL TAX | 2402.59 | 12012.95 |
| MEDICARE | 133.70 | 668.51 |
| SOC SECURITY | 571.69 | 2858.45 |
| CA INCOME TAX | 849.01 | 4245.05 |
| CA Disability | 82.99 | 414.95 |

| Totals: | 9,615.38 |
|---|---|

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 77314 | 5,180.84 |

**Net Pay**

5180.84

**Net Pay YTD**

$25,904.19

| Totals: | 5,180.84 |
|---|---|

| Totals: | 4,434.54 | 22,172.71 |
|---|---|---|

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| Regular Pay | 48076.90 |

**PAID TIME OFF**

| Description | Balance |
|---|---|
| Sick / Perso | 24.00 |
| Vacation | 181.60 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| Dental | 33.32 | 166.60 |
| Kaiser High Pla | 356.58 | 1782.90 |
| Vision | 4.68 | 23.40 |
| ER Paid Life | 1.63 | 8.15 |

| Totals: | $48,076.90 |
|---|---|

| Totals: | 396.21 | 1,981.05 |
|---|---|---|

Sort Order: 30                              Query: HRP_CHECKS.MVQ Version: Top 14.2.142

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

Playhut, Inc.                                                              003051624

CoAdvantage
3350 Buschwood Park Dr #200                                              02-24-2017
Tampa, FL 33618

                                                                         AMOUNT
                                                                      ** VOID **

Pay:   Non-negotiable

To The        Yu Zheng
Order         19901 TENNESSEE TRAIL
Of:           WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                    Voucher #: 011784 Build: CMP52

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 02-24-2017 | 02-06-2017 | 02-19-2017 | 003051624 |

Federal Tax-Status S Allowances 2                    State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|
| Charge Date | Description | Rate Hours/ Units | Amount | Description | Amount | Y-T-D |
| 02-19-2017 | Regular Pay | | 9615.38 | MEDICAL 125 | 356.57 | 1426.28 |
| | | | | DENTAL 125 | 33.32 | 133.28 |
| | | | | VISION SEC 1 | 4.67 | 18.68 |
| | | | | FEDERAL TAX | 2402.59 | 9610.36 |
| | | | | MEDICARE | 133.70 | 534.81 |
| | | | | SOC SECURITY | 571.69 | 2286.76 |
| | | | | CA INCOME TAX | 849.01 | 3396.04 |
| | | | | CA Disability | 82.99 | 331.96 |

| Totals: | 9,615.38 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 77314 | 5,180.84 | 5180.84 |

Net Pay YTD
$20,723.35

| Totals: | 5,180.84 |   | Totals: | 4,434.54 | 17,738.17 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 38461.52 | Sick / Perso | 24.00 | Dental | 33.32 | 133.28 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 1426.32 |
| | | | | Vision | 4.68 | 18.72 |
| | | | | ER Paid Life | 1.63 | 6.52 |

| Totals: | $38,461.52 |   | Totals: | 396.21 | 1,584.84 |
|---|---|---|---|---|---|

Sort Order: 30                                   Query: HRP_CHECKS.MVQ Version: Top 14.2.142

OFFICIAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE ∙ HOLD AT AN ANGLE TO VIEW

Playhut, Inc.                                                                003001269

CoAdvantage                                                    02-10-2017
3350 Buschwood Park Dr #200
Tampa, FL 33618

**AMOUNT**

Pay: Non-negotiable                                        ** VOID **

To The      Yu Zheng
Order       19901 TENNESSEE TRAIL
Of:         WALNUT, CA 91789

*Non-Negotiable*

---

CoAdvantage - LOCN CA - AUTO (10932)                 Voucher #: 011677 Build: CMP52

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 02-10-2017 | 01-23-2017 | 02-05-2017 | 003001269 |

Federal Tax-Status S Allowances 2                    State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/Units | Amount | Description | Amount | Y-T-D |
| 02-05-2017 | Regular Pay | | | 9615.38 | MEDICAL 125 | 356.57 | 1069.71 |
| | | | | | DENTAL 125 | 33.32 | 99.96 |
| | | | | | VISION SEC 1 | 4.67 | 14.01 |
| | | | | | FEDERAL TAX | 2402.59 | 7207.77 |
| | | | | | MEDICARE | 133.71 | 401.11 |
| | | | | | SOC SECURITY | 571.69 | 1715.07 |
| | | | | | CA INCOME TAX | 849.01 | 2547.03 |
| | | | | | CA Disability | 82.99 | 248.97 |

| Totals: | 9,615.38 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 77314 | 5,180.83 | 5180.83 |

**Net Pay YTD**
$15,542.51

| Totals: | 5,180.83 | | Totals: | 4,434.55 | 13,303.63 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 28846.14 | Sick / Perso | 24.00 | Dental | 33.32 | 99.96 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 1069.74 |
| | | | | Vision | 4.68 | 14.04 |
| | | | | ER Paid Life | 1.63 | 4.89 |

| Totals: | $28,846.14 | | | Totals: | 396.21 | 1,188.63 |
|---|---|---|---|---|---|---|

Sort Order: 32                        Query: HRP_CHECKS.MVQ Version: Top 14.2.142

THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE. HOLD AT AN ANGLE TO VIEW.

Playhut, Inc.                                                                                        002953679

CoAdvantage                                                                                         01-27-2017
3350 Buschwood Park Dr #200
Tampa, FL 33618

AMOUNT

** VOID **

Pay: | Non-negotiable

To The        Yu Zheng
Order         19901 TENNESSEE TRAIL
Of:           WALNUT, CA 91789

---

CoAdvantage - LOCN CA - AUTO (10932)                           Voucher #: 011542 Build: CMP52

| Employee Information | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|
| Yu Zheng - (J20122) | 01-27-2017 | 01-09-2017 | 01-22-2017 | 002953679 |

Federal Tax-Status S Allowances 2                        State Tax - Status S  Allowances 2

| CURRENT EARNINGS DETAIL | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|
| Charge Date | Description | Rate Hours/ Units | Amount | Description | Amount | Y-T-D |
| 01-22-2017 | Regular Pay | | 9615.38 | MEDICAL 125 | 356.57 | 713.14 |
| | | | | DENTAL 125 | 33.32 | 66.64 |
| | | | | VISION SEC 1 | 4.67 | 9.34 |
| | | | | FEDERAL TAX | 2402.59 | 4805.18 |
| | | | | MEDICARE | 133.70 | 267.40 |
| | | | | SOC SECURITY | 571.69 | 1143.38 |
| | | | | CA INCOME TAX | 849.01 | 1698.02 |
| | | | | CA Disability | 82.99 | 165.98 |

| Totals: | 9,615.38 |
|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 77314 | 5,180.84 | 5180.84 |

Net Pay YTD
$10,361.68

| Totals: | 5,180.84 | | Totals: | 4,434.54 | 8,869.08 |
|---|---|---|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Pay | 19230.76 | Sick / Perso | 24.00 | Dental | 33.32 | 66.64 |
| | | Vacation | 181.60 | Kaiser High Pla | 356.58 | 713.16 |
| | | | | Vision | 4.68 | 9.36 |
| | | | | ER Paid Life | 1.63 | 3.26 |

| Totals: | $19,230.76 | | Totals: | 396.21 | 792.42 |
|---|---|---|---|---|---|

Sort Order: 31                                    Query: HRP_CHECKS.MVQ Version: Top 14.2.142

Debtor    **Playhut, Inc.**                                                                    Case number *(if known)*  **2:18-bk-15972-WB**

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2018**

**/s/ Yu Zheng**                                              **Yu Zheng**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re | **Playhut, Inc.** | Case No. | **2:18-bk-15972-WB** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 30,000.00 |
    | Prior to the filing of this statement I have received | $ | 30,000.00 |
    | Balance Due | $ | as approved by Court |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 28, 2018** | **/s/ Robert P. Goe** |
| *Date* | **Robert P. Goe 137019** |
| | *Signature of Attorney* |
| | **GOE & FORSYTHE, LLP** |
| | **18101 Von Karman Avenue** |
| | **Suite 1200** |
| | **Irvine, CA 92612-7127** |
| | **(949) 798-2460  Fax: (949) 955-9437** |
| | **rgoe@goeforlaw.com** |
| | *Name of law firm* |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Robert P. Goe 137019**
**18101 Von Karman Avenue**
**Suite 1200**
**Irvine, CA 92612-7127**
**(949) 798-2460 Fax: (949) 955-9437**
California State Bar Number: **137019 CA**
**rgoe@goeforlaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Playhut, Inc.**

CASE NO.: **2:18-bk-15972-WB**

CHAPTER: **11**

Debtor(s).

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __9__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **June 28, 2018**

/s/ Yu Zheng
Siganture of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **June 28, 2018**

/s/ Robert P. Goe
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Playhut, Inc.
18560 San Jose Avenue
City of Industry, CA 91748-1365


Robert P. Goe
GOE & FORSYTHE, LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


1 West Capital, LLC
1250 East Hallandale Beach Blvd.
Suite 409
Hallandale, FL 33009


American Express National Bank
c/o Beckett and Lee LLP
PO Box 3001
Malvern, PA 19355-0701


Beyer Law Group, LLC
PO Box 1687
Cupertino, CA 95015-1687


Beyer Law Group, LLC
20450 Stevens Creek Blvd.
Suite 200
Cupertino, CA 95014


BPP Shiraz Fullerton 89 LP
c/o Gatway Industrial Properties
3100 Bristol Street #220
Costa Mesa, CA 92626


Buyers Support Group, Inc.
10025 Valley View Road
Suite 150
Eden Prairie, MN 55344

Cap Call, LLC
c/o Douglas Robinson Esq.
122 East 42nd Street, Ste 2112
New York, NY 10168-2100


CHANGZHOUKANGYUAN PLASTIC CO.L
Xinqiao Town, Xinbei District
Changzhou, Jiangsu
Jiangsu, China


CHINA-BASE NINGBO FOREIGN TRADE
No 666 Tian Tong South Road
Yinzhou District,  China


Citi Capital
35-12 19th Avenue 3-West
Astoria, NY 11105-1001


DELL BUSINESS CREDIT
Payment Processing Center
PO BOX 5275
Carol Stream, IL 60197-5275


Dillman Sales, Inc.
1911 SW Campus Drive
Suite 778
Federal Way, WA 98023


Disney Consumer Prod. Latin AM
Two Alhambra Plaza
9th Floor
Miami, FL 33134


Disney Consumer Products, Inc.
500 S Buena Vista Street
Burbank, CA 91521

Dreamworks Animation, LLC
1000 Flower Street
Glendale, CA 91201


EAST GRACE CORPORATION
395 Zhongshan Road
Wuxi, Jiangsu   China


East-West Associates, Inc.
14821 Northam Street
La Mirada, CA 90638


EBF Partners, LLC
dba Everest Business Funding
5 West 37th Street
2nd Floor
New York, NY 10018-5385


Emard, Danoff et al
Attn Eric Danoff & Talcott N. Bates
49 Stevenson Street
Suite 400
San Francisco, CA 94105


ENTERTAINMENT ONE UK LIMITED
45 Warren Street
London, UK


Entertainment One UK Limited
45 Warren Street
London W1T 6AG, UK


Faith P. Hill, Esq.
BARRETT PARTNERS GROUP, LLC
2330 Scenic Hwy
Snellville, GA 30078

HANGZHOU CHINA TEXTILE IMP&EXP
6 F, A Building Kaixuanmen
Business Centre, No 11, Qingchun Rd
Hangzhou City, China


Hangzhou China Textile Import & Exp
1601 N Sepulveda Blvd.
Manhattan Beach, CA 90266-6511


HANGZHOU TAIYUAN OUTDOOR
Building 3 No. 2 Fengcheng Rd Ping
Town Yuhang District
Hangzhou  China


Hasbro Entertainment
1027 Newport Ave.
Pawtucket, RI 02862-1059


Heartland Payment Systems, LLC
5215 Sepulveda Blvd
Culver City, CA 90230


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Karen Sue Naylor, Chapter 7 Trustee
c/o Ringstad Sanders, LLP
4343 Von Karman Avenue
Sutie 300
Newport Beach, CA 92660


Law Offices of Steven P Scandura
1601 N Sepulveda Blvd.
Suite 730
Manhattan Beach, CA 90266

Los Angeles County Treasurer
& Tax Collector
PO Box 54110
Los Angeles, CA 90054


MARKET UNION CO., LTD
8F, No. 1 Building, Hi-Tech
Science and Technology
Square No. 1498, Jiangnan Rd
Ningbo, Zhejiang,  China


Mattel, Inc.
333 Continental Boulevard
El Segundo, CA 90245-5012


Meserve Mumper Hughes, LLP
300 South Grand Avenue
24th floor
Los Angeles, CA 90071-3185


NINGBO DEMEI HOME TEXTILE CO. LTD
No. 368 Yinxian Avenue
Yinzhou District
Ningbo, Zhejiang,  China


OO Sales Inc.
934 St Andrews Circle
Geneva, IL 60134


OO Sales, Inc.
1275 W Roosevelt Rd
West Chicago, IL 60185


OOCL
111 West Ocean Blvd
Suite 1700
Long Beach, CA 90802

Orca Pacific Manufacturers Rep, LLC
1000 Dexter Avenue North
Suite 530
Seattle, WA 98109


Orca Pacific Manufacturers Rep, LLC
500 Yale Avenue North
Seattle, WA 98109


PAC Operating Limited Partners
PO Box 742339
Los Angeles, CA 90074-2339


PAC Operating Ltd Partnership
841 Apollo Street
Suite 350
El Segundo, CA 90245


Patent Category Corp.
382 N. Lemon Avenue
Suite 189
Walnut, CA 91789


Preferred Bank
Alhambra Office
325 East Valley Blvd
Alhambra, CA 91801


Preferred Bank
601 S Figueroa Street
29th Floor
Los Angeles, CA 90017-5734


RTR Recovery
122 East 42nd Street, Suite 2112
New York, NY 10168

Sesame Street Corporate Office
1 Lincoln Plaza
New York, NY 10023


Sesame Workshop
G.P.O. Box 5587
New York, NY 10087-5587


Sheldon J. Fleming, Esq.
2030 Main Street, Suite 1300
Irvine, CA 92614


Signature Sales
7664 Golden Triangle Drive
Eden Prairie, MN 55344


Thomas Licensing, LLC
Attn: Royalty Accounting
PO Box 911258
Dallas, TX 75391-0867


Universal Studios Licensing
File 50789
Los Angeles, CA 90074-0789


Viacom International, Inc.
PO Box 13732
Newark, NJ 07188


Viacom International, Inc.
c/o MTV Networks
1515 Broadway, 41st Floor
New York, NY 10036-8995

Viacom International, Inc.
1515 Broadway
New York, NY 10036


Viacom International, Inc.
1515 Broadway, 41st Floor
New York, NY 10036-8995


WELFULL GROUP CO., LTD.
11F, Jinjiang Manion
No. 111 Hushu South Road
Hangzhou,  China


WUXI TIANAO HOME TEXTILE CO.,
No. 10 Xinyuan Road, Qianzhou
Town Inustrial Park
Wuxi, Jiangsu,  China


YANCHENG CHANGHUA OUTDOOR PRODUCTS
No. 8 Longde Road
Dazonghu Town, Yandu District
Yancheng,  Jiangsu, China


YANCHENG CHANGHUA TRADING CO.
No. 8 Longde RD
Dazonghu Town
Yancheng, Jiangsu,  China


YANGZHOU ZHENGHE FOREIGN TRADE
No. 4, Jiazhuang Lane, Ximen
Yangzhou, Jiangsu,  China


YANGZHOU ZHONGYU IMP.&EXP.COR
No 20, Yuqi Street, Yangzhou
Jiangsu, China

Yellowstone Capital West, LLC
30 Broad Street
14th Floor, Suite 1462
New York, NY 10004


Yu ("Brian") Zheng
19901 Tennessee Trail
Walnut, CA 91789


ZHEJIANG ARTS&CRAFTS IMPORT&EXPORT
12 Zhongshan Bel Road
Hangzhou,  China


ZHEJIANG LONGSHION LEISURE PRODUCT
No. 1 Yangshan Industrial Zone
Xinjian Town Jinyun County
Lishul City,  China


ZHEJIANG ONETOUCH BUSINESS SERVICE
6th Floor, Building 1
No. 699, Wangshang Rd
Binjiang
Hangzhou,  China


ZHEJIANG WUYI LUHU CRAFT & LEISURE
Huanglong Industrial Area
Zhejiang
Wuyi, China


ZHEJIANG YOUYIJIA INDUSTRY & TRADE
Yunfeng Maotian Industrial Area
Suichang County
Zhejiang Province, China