Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Reed S. Waddell (State Bar No. 106644)
rwaddell@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor Preferred Bank

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Playhut, Inc.,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:18-bk-15972-WB<br><br>Chapter 11<br><br>**STIPULATION FOR IMMEDIATE (1) APPOINTMENT OF CRO; (2) APPLICATION OF THE PLEDGED TIME CERTIFICATE OF DEPOSIT; AND (3) ADDITIONAL GRANT OF ADEQUATE PROTECTION FOR PREFERRED BANK**<br><br>**ORDER THEREON**<br><br>Date:    No Hearing Requested<br>Time:    .<br>Crtrm:    1375<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

    This Stipulation ("Stipulation" or "Agreement") is entered into by and between (a) secured creditor, Preferred Bank, a California banking corporation ("Bank") by and through its attorneys of record, Frandzel Robins Bloom & Csato, L.C., (b) the Official Committee of Creditors Holding Unsecured Claims, by and through its proposed attorneys Fox Rothschild, LLP (the "Committee"), and (c) Debtor Playhut, Inc., by and through its proposed counsel Goe & Forsythe, LLP ("Debtor," and together with the Bank and the Committee, the "Parties," where appropriate), with reference to the following:

## RECITALS

A. On May 24, 2018 (the "Petition Date"), Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code.

B. Bank has had an ongoing banking relationship with Debtor since at least 2005.[1]

C. In addition to the other loan documents that are the subject of, and attached to, the Declaration of Christina Ching Regarding Debtor's Use of Preferred Bank's Cash Collateral filed herein on July 5, 2018 as Dkt. No. 79, on or about May 12, 2016, the Debtor executed and delivered to the Bank an Assignment of Deposit Account ("Assignment of Deposit Account") whereby the Debtor granted to the Bank a security interest in three time certificates of deposit in the amounts of $339,536.08, $70,000.00, and $100,000.00, respectively (the "Pledged CD's"), for the purpose of securing repayment of the debts owed by the Debtor to the Bank. The Bank perfected its security interest in the Pledged CD's by having possession of said accounts at all times relevant hereto.

D. On October 13, 2005, the Bank issued an Irrevocable Standby Letter of Credit bearing No. STB05/00269 ("Letter of Credit") in the original amount of $400,000.00 and for the benefit of Disney Enterprises, Inc. ("Disney"). By and through a series of amendments to the Letter of Credit, the amount thereof was increased to a total of $900,000.00, which, as of the date of this Stipulation, is the liability exposure of the Bank on the Letter of Credit, and is the Debtor's reimbursement obligation should there be a draw on the Letter of Credit. The Letter of Credit expiry date is May 31, 2019.

E. Debtor's chief executive officer, Yu "Brian" Zheng ("Zheng"), has represented to the Bank, among others, that he has been in negotiations with Disney, which supported the Debtor's reorganization and was willing to extend out the time for royalty payments which are the subject of the Letter of Credit, without any draw on the Letter of Credit at this time. Cash flow projections and cash collateral orders were premised, in part, on Zheng's and the Debtor's representations in that regard.

---

[1] For purposes of brevity, this Stipulation only refers to the operative version of the subject instruments and loan documents. In some instances, prior iterations of those instruments and documents exist, but are not recited herein.

F.  Nevertheless, on July 10, 2018, Disney gave written notice to the Bank of its draw on the Letter of Credit in the amount of $900,000.00. A true and correct copy of Disney's drawing communications to the Bank are attached as Exhibit 1 and incorporated herein.

G.  The parties hereby enter into this Stipulation to, among other things, request that the Court immediately enter its Order approving this Stipulation, (a) to provide the Bank with some additional adequate protection for its secured claim, (b) to provide the Bank with some cushion against the continuing deterioration of the value of its petition date collateral, (c) to effectuate a partial reimbursement to the Bank for Disney's post-petition draw on the Letter of Credit, and (d) to induce the Bank to continue to support the DIP inventory financing that is the subject of this Court's Order entered herein on July 10, 2018 as DKT. No. 87.

**NOW, THEREFORE**, the following is hereby stipulated and agreed to by and among the parties:

1.  **Recitals.** The recitals are incorporated herein by this reference.

2.  **Application of the Pledged CDs.** Effective immediately upon the approval of this Stipulation by the Court, the Bank shall be entitled to apply to the reimbursement obligation of the Debtor associated with the draw by Disney on the Letter of Credit the entirety of the amounts evidenced by the Pledged CDs in the approximate amount of $509,000,00.

3.  **Application of Cash Flow.** The Debtor and the CRO James Wong, shall reconcile the amounts due to Disney going forward, after taking into account the draw on the Letter of Credit, and shall determine, in consultation with and after agreement by the Bank, an amount to be dedicated to further reimbursement of the Bank for the LC draw by Disney to be swept from the Debtor's DIP operating accounts weekly and paid to the Bank, from the Debtor's cash flow. Should the Debtor and the Bank not be able to determine the cash flow sweep for the Bank, this Court shall set the amount upon the application of either party. After the Bank has approved the additional amounts of adequate protection payments to be made to the Bank hereunder, the Bank and the Committee shall withdraw their objections to the insider compensation of Brian Zheng.

4.  **Chief Restructuring Officer.** The Debtor shall immediately appoint James Wong of Armory Consulting as Playhut's chief restructuring officer ("CRO"). Going forward, Zheng shall

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1  have no ~~control~~ [financial] control over any of the Debtor's operations, restructuring efforts, or ~~operation~~ [financial] operation of the
2  bankruptcy estate.

3  **IN WITNESS WHEREOF**, the parties hereto execute this Stipulation, by and through their
4  respective counsel or otherwise, as of the date set forth opposite the respective signatures and request
5  that the Court immediately enter its Order approving its terms.

7  **IT IS SO STIPULATED:**

9  DATED: July 12, 2018      GOE & FORSYTHE, LLP

11  By: /s/ Robert P. Goe
12  ROBERT P. GOE
    Proposed Attorneys for Debtor Playhut, Inc.

14  DATED: July __, 2018      FRANDZEL ROBINS BLOOM & CSATO, L.C.

16  By:     /s/ Michael Gerard Fletcher
17  MICHAEL GERARD FLETCHER
    Attorneys for Secured Creditor Preferred Bank

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2982220.5 | 050625-0652                4

have no control over any of the Debtor's operations, restructuring efforts, or operation of the bankruptcy estate.

**IN WITNESS WHEREOF**, the parties hereto execute this Stipulation, by and through their respective counsel or otherwise, as of the date set forth opposite the respective signatures and request that the Court immediately enter its Order approving its terms.

**IT IS SO STIPULATED:**

DATED: July __, 2018         GOE & FORSYTHE, LLP

By: _____
ROBERT P. GOE
Proposed Attorneys for Debtor Playhut, Inc.

DATED: July 12, 2018         FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____/s/ Michael Gerard Fletcher_____
MICHAEL GERARD FLETCHER
Attorneys for Secured Creditor Preferred Bank

DATED: July 12, 2018

FOX ROTHSCHILD LLP

By: _____
METTE KURTH
Proposed Attorneys for the Committee of
Creditors Holding Unsecured Claims

APPROVED:

DATED: July __, 2018

**PLAYHUT, INC.**, Debtor & Debtor-in-Possession

By: _____
YU ZHENG, President of Playhut, Inc.

IT IS SO ORDERED:

_____

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

| | | |
|---|---|---|
| 1 | DATED: July __, 2018 | FOX ROTHSCHILD LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | METTE KURTH |
| | | Proposed Attorneys for the Committee of |
| 5 | | Creditors Holding Unsecured Claims |
| 6 | **APPROVED:** | |
| 7 | DATED: July __, 2018 | **PLAYHUT, INC.**, Debtor & Debtor-in-Possession |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| | | YU ZHENG, President of Playhut, Inc. |

13  **IT IS SO ORDERED:**

_____

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2982220.5 | 050625-0652

5

# EXHIBIT 1

Disney Enterprises, Inc.

July 9, 2018

Preferred Bank
601 South Figueroa Street, 20th Floor
Los Angeles, CA 90017

Re: Preferred Bank Irrevocable Standby Letter of Credit No. **STB05/00269** issued on behalf of Playhut, Inc. in the amount of $900,000.00

To Whom It May Concern:

The following documents required to negotiate a full draw in the amount of $900,000.00 under the above captioned Irrevocable Standby Letter of Credit are enclosed:

- Beneficiary's Signed Statement
- Beneficiary's Sight Draft for the amount of US $900,000.00
- The original Letter of Credit No. **STB05/00269** issued by Preferred Bank with issue date 10/13/05
- Amendment No. 001 dated 5/16/07
- Amendment No. 002 dated 3/6/08
- Amendment No. 003 dated 3/17/08
- Amendment No. 004 dated 3/17/09
- Amendment No. 005 dated 4/14/09
- Amendment No. 006 dated 12/28/09
- Amendment No. 007 dated 4/27/12
- Amendment No. 008 dated 3/3/14
- Amendment No. 009 dated 1/20/15
- Amendment No. 010 dated 1/29/16
- Amendment No. 011 dated 5/15/18

Please have funds wire transferred to:

**Bank Name: JP Morgan Chase**
**Bank Address: 300 South Grand Ave., 4th Floor, Los Angeles, CA 90071**
**ABA #: 021000021**
**ACH #: 021000021**
**SWIFT Code: CHASUS33**
**Beneficiary Account: Disney Consumer Products, Inc.**
**Account Number: 496562120**
**For credit to: Disney Consumer Products, Inc.**
**Reference: Playhut, Inc.**

Thank you.

500 South Buena Vista Street / Burbank, California 91521 / 818-560-1000

© Disney



July 9, 2018

Preferred Bank
601 S. Figueroa Street, 20th Floor
Los Angeles, CA  90017

Attn: Standby Letter of Credit

Re:   Preferred Bank Irrevocable Standby Letter of Credit No. STB05/00269; Applicant: Playhut, Inc.

## STATEMENT

We hereby advise that:

"Monies due Disney Enterprises, Inc. under a licensing agreement or agreements between Disney Enterprises, Inc. and/or Disney Consumer Products, Inc and Playhut, Inc. either prior to, concurrent with, or subsequent to have not been received according to the terms of such licensing agreement(s) and/or any of said licensing agreement(s) have been terminated for cause."

Thank you,

*Pamela Guerra (signature)*

Pamela Guerra
Collections Account Manager & Authorized Representative
Disney Consumer Products, Inc.
818-560-6259
818-526-4037 fax
pamela.q.guerra@disney.com

Disney Enterprises, Inc.

## BILL OF EXCHANGE

**STANDBY LETTER OF CREDIT NUMBER: STB05/00269**

**Date:** July 9, 2018

**Drawn At Sight of this Bill of Exchange**

**Pay to the Order of:** Disney Consumer Products, Inc.

**Amount:** NINE HUNDREAD THOUSAND AND 00/100 AND 00/100 U.S. DOLLARS (US$900,000.00)

**"DRAWN UNDER PREFERRED BANK'S IRREVOCABLE STANDBY LETTER OF CREDIT NO. STB05/00269 DATED October 13, 2005"**

**Drawer:** Disney Consumer Products, Inc.

**Drawee:** Preferred Bank
 601 S. Figueroa Street, 20th Floor
 Los Angeles, CA  90017

By:

*[signature]*

Pamela Guerra
Collections Account Manager & Authorized Representative
Disney Consumer Products, Inc.
Tel: 818-560-6259
Fax: 818-526-4037
Email: Pamela.Q.Guerra@disney.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR IMMEDIATE (1) APPOINTMENT OF CRO; (2) APPLICATION OF THE PLEDGED TIME CERTIFICATE OF DEPOSIT; AND (3) ADDITIONAL GRANT OF ADEQUATE PROTECTION FOR PREFERRED BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 13, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 13, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Lauren Deeb
    Nelson Mullins Riley & Scarborough LLP
    19191 South VermontAvenue, Ste 900
    Torrance, CA 90502

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 13, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Julie Brand, USBC, 255 East Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2018 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          **F 9013-3.1.PROOF.SERVICE**

## Mailing Information for Case 2:18-bk-15972-WB

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Raymond H. Aver    ray@averlaw.com
- Steven P Chang    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;chenghr75251@notify.bestcase.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
- Bradford G Hughes    bhughes@Clarkhill.com, scontreras@clarkhill.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Alvin Mar    alvin.mar@usdoj.gov, Ron.Maroko@usdoj.gov,Kenneth.G.Lau@usdoj.gov,Dare.Law@usdoj.gov
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen Reider    sreider@goeforlaw.com, kmurphy@goeforlaw.com;campbellwr79778@notify.bestcase.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, dwise@frandzel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**