
Robert P. Goe – SBN 137019
Stephen P. Reider – SBN 287820
**GOE & FORSYTHE, LLP**
18101 Von Karman Ave., Ste. 510
Irvine, CA 92612
Email: rgoe@goeforlaw.com
       sreider@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Proposed Attorneys for Playhut, Inc.

**FILED & ENTERED**

**JUL 13 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

PLAYHUT, INC.,

    Debtor and Debtor in Possession.

Case No. 2:18-bk-15972-WB

Chapter 11 Case

**ORDER APPROVING STIPULATION RESOLVING RESPONSE BY PREFERRED BANK TO DEBTOR'S APPLICATIONS TO EMPLOY GOE & FORSYTHE, LLP AS GENERAL BANKRUPTCY COUNSEL AND TO EMPLOY ARMORY CONSULTING CO., AS FINANCIAL ADVISOR**

Hearing :
Date:     July 19, 2018
Time:    10:00 a.m.
Courtroom: 1375

    Upon consideration of the Stipulation Resolving Responses by Preferred Bank to Debtor's Applications to Employ Goe & Forsythe, LLP ("Goe & Forsythe") as General Bankruptcy Counsel and to Employ Armory Consulting Co. ("Armory"), as Financial Advisor Playhut, Inc., ("Stipulation") filed on July 13, 2018 as Docket No. 96, and good cause appearing:

**IT IS ORDERED**

    1.    The Stipulation is approved.

1

2. Goe & Forsythe is hereby employed as general bankruptcy counsel to Debtor, pursuant to the provisions of 11 U.S.C. Section 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

3. Armory is hereby employed as financial advisor to Debtor, pursuant to the provisions of 11 U.S.C. Section 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

4. The hearing currently scheduled from July 19, 2018 at 10:00 a.m. is hereby taken off calendar.

### 

Date: July 13, 2018

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

2