Robert P. Goe – SBN 137019
Stephen P. Reider – SBN 287820
**GOE & FORSYTHE, LLP**
18101 Von Karman Ave., Ste. 510
Irvine, CA 92612
Email: rgoe@goeforlaw.com
       sreider@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Playhut, Inc.

**FILED & ENTERED**

**JUL 24 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>PLAYHUT, INC.,<br><br>          Debtor and Debtor in Possession. | Case No. 2:18-bk-15972-WB<br><br>Chapter 11 Case<br><br>**ORDER GRANTING ON AN INTERIM BASIS EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO RETAIN AND EMPLOY JAMES WONG AS CHIEF RESTRUCTURING OFFICER UNDER 11 U.S.C. §§ 105(a), 363(b), 1107 and 1108**<br><br><u>Hearing</u> :<br>Date:      July 19, 2018<br>Time:     10:00 a.m.<br>            Courtroom: 1375 |

      The Emergency Motion for Order Authorizing Debtor to Retain and Employ James Wong as Chief Restructuring Officer under 11 U.S.C. §§ 105(a), 363(b), 1107 and 1108, filed by Playhut, Inc., Debtor and Debtor in Possession herein, on July 18, 2018 as Docket No. 113 ("Motion") came on for hearing on the date and time noted above. Upon consideration of the Motion, pleadings filed in opposition thereto, and good cause appearing,

      **IT IS ORDERED:**

      1.    The Motion is granted on an interim basis.

1

2.   James Wong is hereby appointed Chief Restructuring Officer on an interim basis, effective as of July 12, 2018.

3.   Armory Consulting Co., has ceased to act as Debtor's financial advisor effective as of July 11, 2018.

4.   The final hearing on the Motion shall take place on August 16, 2018 at 10:00 a.m. in Courtroom 1375 of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, CA 90012.

5.   James Wong shall not receive any compensation in the interim.

# # #

Date: July 24, 2018

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge