Rom Bar-Nissim (CA 293356)
FOX ROTHSCHILD LLP
10250 Constellation Place Ste. 900
Los Angeles, CA  90067-1506
Tel:  310-598-4150
Fax: 310-556-9828
Email: rbar-nissim@foxrothschild.com

Mette H. Kurth (CA 187100/DE 6491)
FOX ROTHSCHILD LLP
10250 Constellation Place Ste. 900
Los Angeles, CA  90067-1506
Fax: 310-556-9828
*and*
919 North Market Street, Ste. 300
Wilmington, DE 19899-2323
Tel: 302-654-7444
Fax: 302-656-8920
mkurth@foxrothschild.com

*Proposed* Counsel for the Official Committee
of Unsecured Creditors

**FILED & ENTERED**

**JUL 24 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>PLAYHUT, INC.,<br><br>           Debtor and Debtor-in-Possession. | Case No. 2:18-bk-15972-WB<br><br>Chapter 11<br><br>**ORDER GRANTING AMENDED EMERGENCY MOTION FOR ENTRY OF ORDER APPROVING STIPULATION RE: (1) APPOINTMENT OF CRO; (2) APPLICATION OF PLEDGED TIME CERTIFICATE OF DEPOSIT; AND (3) ADDITIONAL GRANT OF ADEQUATE PROTECTION FOR PREFERRED BANK**<br><br><u>Hearing Date</u><br><br>Date:     July 19, 2018<br>Time:    10:00 a.m.<br>Place:    Courtroom 1375, 13th floor<br>             255 E. Temple Street<br>             Los Angeles, CA  90012 |

1

ACTIVE\60037344.v1-7/20/18

1        The *Amended Emergency Motion for Entry of Order Approving Stipulation Re: (1) Appointment of CRO; (2) Application of Pledged Time Certificate of Deposit; and (3) Additional Grant of Adequate Protection for Preferred Bank*, filed by the Official Committee of Unsecured Creditors for PlayHut, Inc. (the "Committee"), on July 16, 2018 as Docket No. 107 (the "Motion") and the *Stipulation for Immediate (1) Appointment of CRO; (2) Application of Pledged Time Certificate of Deposit; and (3) Additional Grant of Adequate Protection for Preferred Bank*, filed on July 13, 2018 as Docket No. 95 (the "Stipulation") came **on** for hearing on the date and time noted above. In order to resolve the limited objection filed by Factors Southwest, LLC, the parties agreed to modify the Stipulation by adding the following language to paragraph 3 of the Stipulation after the sentence ending "from the Debtor's cash flow":

> "Notwithstanding anything to the contrary in this Stipulation or otherwise, and consistent with the Intercreditor Agreement and FSW Factoring Documents (as defined in the Court's Interim Order entered July 10, 2018 [Dkt. No.87] (the "Interim Order")), if collections on accounts receivable factored by Factors Southwest, LLC dba FSW Funding ("Factor") under the Interim Order or any final order thereon are paid by account debtors to the Debtor, such funds (i) shall not be swept by the Bank, (ii) shall be paid by the Debtor to Factor upon receipt by the Debtor, and (iii) if swept by the Bank, shall be paid by the Bank to Factor upon receipt by the Bank."

       Upon consideration of the Motion and Stipulation, as amended above, pleadings filed in opposition thereto, and good cause appearing,

//
//
//
//
//
//
//
//

2

**IT IS ORDERED:**

1. The Motion is granted.

2. The Stipulation, as amended, is approved.

# # #

Date: July 24, 2018

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

3

ACTIVE\60037344.v1-7/20/18