Robert P. Goe – SBN 137019
Stephen P. Reider – SBN 287820
GOE & FORSYTHE, LLP
18101 Von Karman Ave., Ste. 510
Irvine, CA 92612
Email: rgoe@goeforlaw.com
sreider@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

*Attorneys for Playhut, Inc.*

Rom Bar-Nissim (CA 293356)
FOX ROTHSCHILD LLP
10250 Constellation Place Ste. 900
Los Angeles, CA 90067-1506
Tel: 310-598-4150
Fax: 310-556-9828
Email: rbar-nissim@foxrothschild.com

Mette H. Kurth (CA 187100/DE 6491)
FOX ROTHSCHILD LLP
919 North Market Street, Ste. 300
Wilmington, DE 19899-2323
Tel: 302-654-7444
Fax: 302-656-8920
mkurth@foxrothschild.com

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

**PLAYHUT, INC.,**

    Debtor and Debtor-in-Possession.

Case No. 2:18-bk-15972-WB

Chapter 11

**DECLARATION OF ROBERT P. GOE IN SUPPORT OF APPROVAL OF THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND GRANTING RELATED RELIEF**

**Hearing Date**

Date:    September 28, 2018
Time:    10:00 a.m.
Place:   Courtroom 1375, 13th floor
           255 E. Temple Street
           Los Angeles, CA 90012

**DECLARATION OF ROBERT P. GOE**

I, Robert P. Goe, hereby declare as follows:

ACTIVE\65883542.v1-9/27/18

1.   I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, except where stated as based upon information and belief, and if called upon to testify, could and would do so.

2.   I submit this declaration in support of the *Emergency Motion for Entry of an Order (A) (I) Scheduling a Hearing on the Approval of the Sale of all Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of all or Substantially all of the Debtor's Assets Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (the "Motion") filed in the above-captioned Chapter 11 bankruptcy case.[1]

3.   I am the bankruptcy counsel for Playhut, Inc.

4.   On September 20, 2018, this Court entered an *Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, And (III) Granting Related Relief* (the "Order") [D.I. 172]

5.   On September 18, 2018 (the "Cure Notice Deadline"), my office filed with the Court and served by overnight mail, facsimile, or electronic mail on each counterparty to a Contract a notice, substantially in the form attached to the Order at Exhibit 2 including the Cure Amount, if any, that the Debtor believes is required to be paid to the applicable Counterparty under section 365(b)(1)(A) and (B) of the Bankruptcy Code for each of the Contracts [D.I. #167].

6.   On September 19, 2018, my office served the Sale Notice by mail on: (1) the Office of the United States Trustee for the Central District of California; (2) counsel to Preferred Bank; (3) all parties known by the Debtor to assert a lien on any of the Assets; (4) all persons known or

---

[1]   Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to such terms in the

ACTIVE\65883542.v1-9/27/18

reasonably believed to have expressed an interest in acquiring all or a substantial portion of the Assets; (5) all of the Debtor's other known creditors and equity security holders, including the Counterparties; and (6) all other parties that had filed a notice of appearance and demand for service of papers in this chapter 11 case as of the service date [D.I. #169].

7. On September 21, 2018, my office posted the Sale Notice on the Court's website in accordance with the Local Rules for the Bankruptcy Court for the Central District of California [D.I. #179].

8. On September 25, 2018, my office served upon the Counterparties by email, facsimile, or personal delivery a notice which set forth, among other, among other things: (i) all Qualified Bidders; (ii) the Selected Contracts (none) for each Qualified Bidder; (iii) contact information of the proposed assignee (not applicable), so that Counterparties to the Selected Contracts may obtain the Qualified Bidder's Adequate Assurance Information [D.I. #190].

9. On September 21, 2018, my office filed with the court and served by ECF Notice a Stalking Horse Notice [D.I. #174]. A telephonic hearing to consider approval of the Stalking Horse and any bid protections was held on September 21, 2018 at 10:00 a.m. and approval by order entered September 26, 2018 [D.I. #195].

10. Today, my office will file with the Court a notice identifying the Successful Bidder, which sets forth, among other things, the Successful Bidder and Backup Bidder, the Selected Contracts, and the Proposed Assignee.

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 28th day of September, 2018, at Irvine, California.

*/s/Robert P. Goe*
Robert P. Goe

ACTIVE\65883542.v1-9/27/18

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ROBERT P. GOE IN SUPPORT OF APPROVAL OF THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 28, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 28, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 28, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 28, 2018 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

ACTIVE\65883542.v1-9/27/18

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 28, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com
- Christopher T Casamassima    chris.casamassima@wilmerhale.com, WHDocketing@wilmerhale.com;nancy.manzer@wilmerhale.com
- Steven P Chang    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;chenghr75251@notify.bestcase.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Lauren A Deeb    lauren.deeb@nelsonmullins.com, zora.thomas@nelsonmullins.com;lori.stewart@nelsonmullins.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
- Bradford G Hughes    bhughes@Clarkhill.com, scontreras@clarkhill.com
- Shanna Kaminski    skaminski@schaferandweiner.com, pjozwiak@schaferandweiner.com
- Eve H Karasik    ehk@lnbyb.com
- Samuel M Kidder    skidder@ktbslaw.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Alvin Mar    alvin.mar@usdoj.gov
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Stephen Reider    sreider@goeforlaw.com, kmurphy@goeforlaw.com;campbellwr79778@notify.bestcase.com
- Nathan Q Rugg    Nathan.Rugg@bfkn.com
- Ryan M Salzman    ryan.salzman@dbr.com, willie.ackart@dbr.com
- Randye B Soref    rsoref@polsinelli.com, enash@polsinelli.com;ladocketing@polsinelli.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, dwise@frandzel.com

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) September 28, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Changzhou Kangyuan Plastic Co. Ltd.<br>No. 59 Liujiang Lane,<br>East of Jiadiantange<br>New District Changzhou City China | East West Associates, Inc.<br>14821 Northam St.<br>La Mirada, CA 90638 |
| Marita S Erbeck<br>DRINKER BIDDLE & REATH LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1047 | Yancheng Changhua Outdoor Products Co., Ltd.<br>No. 8, Longde Road<br>Dazonghu Town, Yandu Dist.<br>Yancheng, Jiangsu China |

ACTIVE\65883542.v1-9/27/18

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 28, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Julia W. Brand, USBC, 255 East Temple Street, Los Angeles, CA 90012

**VIA FACSIMILE**
- Sesame Street (212) 875-6103

**VIA EMAIL:**
- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com
- Christopher T Casamassima    chris.casamassima@wilmerhale.com, WHDocketing@wilmerhale.com;nancy.manzer@wilmerhale.com
- Steven P Chang    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;chenghr75251@notify.bestcase.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Lauren A Deeb    lauren.deeb@nelsonmullins.com, zora.thomas@nelsonmullins.com;lori.stewart@nelsonmullins.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
- Bradford G Hughes    bhughes@Clarkhill.com, scontreras@clarkhill.com
- Shanna Kaminski    skaminski@schaferandweiner.com, pjozwiak@schaferandweiner.com
- Eve H Karasik    ehk@lnbyb.com
- Samuel M Kidder    skidder@ktbslaw.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Alvin Mar    alvin.mar@usdoj.gov
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Stephen Reider    sreider@goeforlaw.com, kmurphy@goeforlaw.com;campbellwr79778@notify.bestcase.com
- Nathan Q Rugg    Nathan.Rugg@bfkn.com
- Ryan M Salzman    ryan.salzman@dbr.com, willie.ackart@dbr.com
- Randye B Soref    rsoref@polsinelli.com, enash@polsinelli.com;ladocketing@polsinelli.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Gerrick Warrington    gwarrington@frandzel.com, dwise@frandzel.com
- **Sharon Weiss** sharon.weiss@bdplaw.com
- **Nathan Q. Rugg (BPP Shiraz Fullerton 89 LP) nathan.rugg@bfkn.com**
- **Jodi Moore (Disney) Jodi.Moore@disney.com**
- **Alex Biron (Disney) Alex.Biron@disney.com**
- **Michelle R. Fode (Disney) Michelle.R.Fode@disney.com**
- **Adam S. Wolff (Disney) Adam.S.Wolff@disney.com**
- **Pamela Q. Guerra (Disney) Pamela.Q.Guerra@disney.com**
- **Mort Aldridge (Disney) Mort.Aldridge@disney.com**
- **Stephan Hornung (Nickelodeon) hornung@lsellp.com**
- **Jamie Goodman (Entertainment One) JGoodman@entonegroup.com**
- **Jason M. Torf (Mattel) JTorf@hmblaw.com**

ACTIVE\65883542.v1-9/27/18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- **Eugenio Romero (Impulsora) eromero@impulsoraeuro.com**
- **Cheryl Mulrean (Kids Warehouse)  cherylmulrean@gmail.com**
- **Bruce Gross (BG Sales)  bag217@aol.com**
- **Judy Gorr (Leon Korol)  jgorr@leonkorol.com**
- **Melia Mingle (Ross) Melia.Mingle@ros.com**
- **Michael Avedis (B & G Sales) MAvedis@b-gsales.com**
- **Michael Carnie (Canard Agency)  carniemj@aol.com**
- **Sam Feher (TJ Maxx)  samantha_feher@tjx.com**
- **Jody Lloyd (Lloyd Imports)  jlloydimports@aol.com**
- **Marc Prince (MPA Sales)  marc@mpatoys.com**

ACTIVE\65883542.v1-9/27/18