Robert P. Goe – State Bar No. 137019
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Debtor and Debtor in Possession
PH DIP, Inc.

**FILED & ENTERED**

MAR 23 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

PH DIP, INC.,

  Debtor and Debtor-in-Possession.

Case No. 2:18-bk-15972-WB

Chapter 11 Proceeding

**ORDER GRANTING SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOE FORSYTHE & HODGES LLP, COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION AND ARMORY CONSULTING COMPANY AS FINANCIAL ADVISOR AND JAMES WONG AS CRO**

**Date:**
Hearing Date: December 10, 2020
Time:          10:00 a.m.
Place:         Courtroom 1375

The Second and Final Application for Compensation and Reimbursement of expenses of Goe Forsythe & Hodges LLP, formerly known as Goe & Forsythe, LLP ("GFH"), [Docket No. 600] ("GFH Application"); and Second Interim and Final Application for Compensation and Reimbursement of Expenses by Armory Consulting Company as Financial Advisor and James Wong as Chief Restructuring Officer for the Debtor, (the "Armory Application") [Docket No. 602], came on for hearing on regular notice on December 10, 2020 at 10:00 a.m.

1

The Court having considered the GFH Application, Armory Application, the declarations and evidence submitted in support thereof, finding that notice was proper, no objection having been filed, and good cause shown,

**IT IS ORDERED**:

1. The **GFH Application and Armory** Application are **granted** pursuant to the tentative rulings attached hereto as <u>**Exhibit 1**</u>, which are adopted as the Court's final rulings as to the final fees and expenses allowed and ordered paid pursuant to Section 330 (a)(1).

2. Pursuant to agreement with the Committee, the fees allowed reflect a ten-percent (10%) discount.

##

Date: March 23, 2021

Julia W. Brand
United States Bankruptcy Judge

# United States Bankruptcy Court
# Central District of California
## Los Angeles
## Judge Julia Brand, Presiding
## Courtroom 1375 Calendar

**Thursday, December 10, 2020**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hearing Room　　1375

10:00 AM
**2:18-15972    PH DIP, Inc**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　#17.00　　Second And Final Application For Compensation
　　　　　　　and Reimbursement of Expenses of Goe & Forsythe,
　　　　　　　LLP, Counsel for Debtor and Debtor in Possession

　　　　　　　　　　　　　　　Docket　　　595

**Tentative Ruling:**

　　　　No opposition was filed.

　　　　The court has reviewed the Final Fee Application of Goe & Forsythe, LLP.  The court GRANTS the Application and awards $209,262.00 in fees and $4,099.23 in costs, for a total of **$213,361.23**, for the period of March 1, 2019 through August 19, 2020 .   The court approves on a final basis the total amount of **$384,979.23** in fees and costs.  Any unpaid balance is to be paid by the debtor.  The court finds that the fees requested are reasonable compensation for "actual, necessary services rendered" under 11 U.S.C. § 330(a)(1).  **Appearances waived**.

　　　　Applicant is to lodge an appropriate order.

| Party Information |
|---|

**Debtor(s):**

　　PH DIP, Inc　　　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　　Robert P Goe
　　　　　　　　　　　　　　　　　　　　　　　　　Stephen  Reider
　　　　　　　　　　　　　　　　　　　　　　　　　Rafael R Garcia-Salgado

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Julia Brand, Presiding
Courtroom 1375 Calendar

---

**Thursday, December 10, 2020**                                                                                          Hearing Room    1375

---

**10:00 AM**
**2:18-15972**    **PH DIP, Inc**                                                                                                            Chapter 11

  **#19.00**    Second Interim and Final Application for
              Compensation and Reimbursement of
              Expenses By Armory Consulting Company
              as Financial Advisor and Chief Restructuring
              Office of The Debtor

                              Docket        602

  **Tentative Ruling:**

  No opposition was filed.

  The court has reviewed the Final Fee Application of **Armory Consulting Co.** The court GRANTS the Application and awards $185,915.00 in fees and $175.63 in costs, for a total of **$186,090.63,** for the period of March 1, 2019 through October 22, 2020.  The court approves on a final basis the total amount of **$511,529.40** in fees and costs.  Any unpaid balance is to be paid by the debtor.  The court finds that the fees requested are reasonable compensation for "actual, necessary services rendered" under 11 U.S.C. § 330(a)(1).  **Appearances waived**.

  Applicant is to lodge an appropriate order.

| Party Information |
|---|

**Debtor(s):**

  PH DIP, Inc                                    Represented By
                                                  Robert P Goe
                                                  Stephen  Reider
                                                  Rafael R Garcia-Salgado